# EXHIBIT A

COUNTY:   N   (K)   S        CIVIL ACTION NUMBER: K14C-04-001(RBY)

Civil Case Code _CDEF_         Civil Case Type _Defamation_
(SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| Caption:<br><br>Toriano Giddens - Plaintiff<br><br>229 Saxondale Ln<br><br>Dover, DE 19904<br><br>V.<br><br>Experian Credit Union - Defendant<br><br>475 Anton Blvd<br><br>Costa Mesa, CA 92626 | Name and Status of Party filing document:<br><br>Toriano Giddens - Plaintiff<br><br>Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>Complaint<br>Non-Arbitration ___        eFile ___<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ___   Mediation ___   Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   **ACCEPT   REJECT**<br>JURY DEMAND   YES ___   No ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED   STANDARD   COMPLEX** |
| ATTORNEY NAME(S):<br><br>Toriano Giddens<br>ATTORNEY ID(S):<br><br>FIRM NAME:<br><br>229 Saxondale Ln<br>ADDRESS:<br><br>Dover, DE 19904<br><br>(302) 698-7894<br>TELEPHONE NUMBER: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT<br>BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br> |
| FAX NUMBER:<br><br>tagiddens@yahoo.com<br>E-MAIL ADDRESS:<br><br>mrtagiddens@yahoo.com | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 8/2003

SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

Toriano Giddens

Plaintiff (s)

v.

Experian Credit Union

Defendant(s)

No. K14C-04-007 (KBY)

SUMMONS

The State of Delaware,
To the Sheriff of Kent County:
You are Commanded:

    To summon the above-named defendant, Experian Credit Union so that, within 20 days after service hereof upon Experian Credit Union defendant, exclusive of the day of service defendant shall serve upon Experian Credit Union Esquire, plaintiff's ~~attorney~~, whose address is 229 Saxondale Ln, Dover, DE 19904 an answer to the complaint and an affidavit of defense.

    To serve upon defendant a copy hereof and of the complaint and affidavit of demand.

Date: _____

_____
*Prothonotary*

_____
*Per Deputy*

## TO THE ABOVE-NAMED DEFENDANT

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint and an affidavit of defense, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated: _____

_____
*Prothonotary*

_____
*Per Deputy*

IN THE SUPERIOR COURT OF DELAWARE
IN AND FOR KENT COUNTY

Toriano Giddens (Plaintiff)                    )
229 Saxondale Ln                               )
Dover, DE 19904                                )
                                               )      Civil Action No. KI4C-04-007 RBY
                                               )
V.                                             )
                                               )
                                               )
Experian Credit Union (Defendant)             )
North American Headquarters                     )
475 Anton Blvd                                 )
Coast Mesa, CA 92626                           )
                                               )
                                               )

**PRACIPE**

Pursuant to 10 Del C.3104 **Toriano Giddens (Plaintiff)** will have delivered, by the United States Postal Service, a copy of the filed complaint to **Experian Credit Bureau (Defendant)** at the address of **475 Anton Blvd, Coast Mesa, CA 92626** within 3 business days of filing the complaint in the Kent County, Delaware Superior Court. The mailing will require a signature upon delivery and will have delivery receipt returned to the plaintiff.

Toriano Giddens
229 Saxondale Ln
Dover, DE 19904
(302) 698-7894

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

### AFFIDAVIT OF MAILING

Toriano Giddens
  Plaintiff

vs.

Experian Credit Bureau
  Defendant

)
)
)
)
)
)
)
)
)

Civil Action No. *K14C-04-007 RBY*

I _Toriano Giddens_, do hereby certify that I mailed a copy of the document within to the following addresses:

Experian Credit Bureau
North American Headquarters  and
475 Anton Blvd
Costa Mesa, CA 92626

Superior Court
Office of the Prothonotary
38 The Green
Dover DE 19901

Postage prepaid, by regular mail, this _8th_ day of _April_, 200_14_.

_____
              Affiant

SWORN TO AND SUBSCRIBED before me this _8th_ day of _April_

200_14_.

_____
      Notary Public

Toriano A. Giddens (Plaintiff)
229 Saxondale Ln
Dover, DE 19904


V.

CA # K14C-04-007 KBY

Experian Credit Bureau (Defendant)
North American Headquarters
475 Anton BLVD
Costa Mesa, CA 92626

2014 APR -8  PM 3: 13

KENT COUNTY
PROTHONOTARY

RECEIVED AND
FILED

# COMPLAINT

The lawsuit against Experian was filed due to not only the violation of my rights, but also, violation of the law under the Fair Credit Reporting Act. There have been multiple attempts to simply have my credit file updated, but nothing has happened to fix the situation.

Over the past year I have disputed my credit report with Experian at least 9 times and there are still 5 accounts that they have not corrected and have allowed to be reported incorrectly. The FCRA and precedent law make it very clear that credit bureaus must do more than simply contact the creditor and ask them to validate a debt. This behavior is not sufficient when reinvestigating an account, especially when legal documentation was provided as previously established in Cushman v. Transunion. I visited the Experian website and according to Maxine Sweet, Vice President of public education for Experian, she stated in a question and answer blog on January 18, 2012 that a consumer should simply send a copy of your bankruptcy "Schedule A," which lists all of the accounts included in the bankruptcy, and Experian will be able to update the account status using that documentation. That was her response to the following question: "I have a company reporting "charge off" on my credit report when it should be a bankruptcy that was done in August 2010. Can you help me understand why it is being reported like this?" So I followed her advice. On February 10, 2014, I sent a letter to Experian explaining my disputes and all of the dates of previous attempts to dispute, to no avail. The letter was received by Experian and signed for by J. Swanson at 1:27 pm on February 12, 2014. In that package I also sent a detailed spreadsheet with accounts and items that needed to be deleted or updated. I sent a list of all the creditors in my chapter 13 bankruptcy as well as a copy of my driver's license and social security card.

After that letter was sent, Experian sent me a credit report dated February 20, 2014 that stated "Unless you send us relevant information to support your claim, we will not investigate this information again and you will not receive this notice again regarding this particular dispute". At that point, I saw that it was their "line in the sand" because the information still existed on my report as late as April 6, 2014.

Experian's behavior is really unexplainable because they are not only violating my rights and the law, but they have violated their own agreement established with creditors in December 2009 - which stated that "the credit bureaus told the credit card companies, and other creditors, what to do when a Chapter 13 plan is approved. They said that once the Chapter 13 plan is confirmed, creditors can't keep reporting you as past due. This decision was made because of a bankruptcy case that was brought to Wisconsin Bankruptcy Judge, Susan Kelly in 2008.
The accounts in question that clearly violate the previously stated ruling include Del-One who is reporting 4 accounts with balances, 2 of them are reported past due. In reality, I only had three accounts with Del-

One from the start. They have duplicated an account and are reporting 4. The duplicated account is for the vehicle that was surrendered to them as part of the bankruptcy and it is listed as a joint account in one area; then listed as an individual account in another. Nevertheless, both of those accounts still show a balance. The second creditor is First Premier, they are showing a past due balance also. They were included in the Bankruptcy and did not file a proof of claim. The last company is Wilmington Savings Fund Society; this is another company in the bankruptcy but the account is still showing a past due balance.

The inaccurate accounts are critical because I completed a Home Buyer Education class in February and I also attended a Home Buyer seminar hosted by the Delaware State Housing Authority on Saturday, April 5, 2014 in preparation to purchase a home. The mortgage rules for FHA are very clear-after a borrower declares bankruptcy: You must attend and complete a credit counseling and homebuyer course- I have that; You must have 12 months of on-time payments to the trustee and have the trustee's permission – I have that; The last requirement is that you cannot have any other negative credit or past due/delinquent accounts in the past 12 months- I have done that, but my credit report doesn't show it. This is where the defamation and willful injury fall on Experian. Experian has hurt my credit score and further decreased my chances of getting a mortgage loan because they did not properly reinvestigate my disputes. One past due account can damage your credit score by 20-40 points each month. That's potentially a 120-240 point increase in my credit score Because of the inaccurate reporting, I have lost 1 full year of credit rebuilding time since my bankruptcy; and trying to get these accounts reported correctly has been an emotional nightmare. Experian's failure to thoroughly investigate my disputes and failure to abide by their governing law have caused me mental stress, chest pains and sleepless nights. Therefore, I am suing Experian for defamation, financial injury, willful injury, willful non-compliance and consumer protection under the Fair Credit Reporting Act. I am seeking $165,000.00 (One Hundred and Sixty-Five Thousand United States Dollars) for actual damages and $2,500,000.00 (Two Million, Five Hundred Thousand United States Dollars) for punitive damages.

**Explanation of Actual Damages**

| Offense | Legal Claim | Precedent/Law | Explanation | Damages | Total |
|---------|-------------|---------------|-------------|---------|-------|
| Credit bureaus if they refuse to correct information after being provided proof | Defamation, Willful Injury | Fair Credit Reporting Act Section 623. Cushman v. Transunion Corporation, | Inaccurately Reporting 5 accounts for 13 months (65 offenses) | $1,000.00 | $65,000.00 |
| | | | Loss of opportunity to build credit for 1 year while preparing to purchase a home | $100,000.00 | $100,000.00 |
| | | | | | $165,000.00 - US |

**Explanation of Punitive Damages**

I am seeking $2,500,000.00 (Two Million, Five Hundred Thousand, United States Dollars) for punitive damages because Experian has been egregious in their actions. They have showed no respect or care for the laws the govern credit and credit reporting. Experian has even violated an agreement that they helped create. It should not take a year to fix a credit report that is clearly incorrect, especially after documentation has been provided. I have provided sufficient evidence as required by Experian as late as February 2014 to get these accounts removed or updated, but Experian has basically ignored my requests. Experian and the other credit bureaus are the holders of people's financial futures and I personally believe they abuse their power and authority when it comes to this. In my case, Experian's willful non-compliance is clearly a violation of the law and it shows total disregard for human feelings. This whole ordeal has caused emotional stress, pain and suffering as well as sleepless nights. I've had chest pains and occasional headaches. It is these factors that make Experian responsible for defamation, financial injury, willful injury, willful non-compliance with the law, undue emotional stress and pain and suffering. I think that Experian should be punished for their willful misconduct. If it doesn't stop with me, then some else may have to endure the same pain and suffering.

One final example of the blatant disregard for their responsibility to consumers came during a July 7, 2013 dispute in which I simply stated that one account was included in my bankruptcy, another account was duplicated and the vehicle was surrendered as part of my bankruptcy filed on March 8, 2013, please update because there is no balance; Experian's response was *"This account was updated from us processing your dispute on Sep 2012"*. That is a clear example of their unwillingness to investigate or reinvestigate consumer disputes. It also shows willful non-compliance, defamation under the FCRA and total disregard for the consumer.

Printed Name

Signature

Date

# EXHIBIT A

**TRACKING NOTIFICATION, LIST OF CREDITORS, LIST OF DISPUTES AND DISPUTE LETTTER SENT ON 2/10/14**

February 8, 2014

To: Experian Credit Bureau

Re: Credit File Dispute for Toriano Giddens

Dear Experian (consumer disputes),

I am writing to request a thorough investigation of my credit file. There have been several occasions in which I have attempted to have my disputes entered online and I have been denied the opportunity to do so because the account had been investigated previously. The problem with that is time passes and there are local agencies that choose not to correctly report or update my credit information. Four of the institutions on my credit file are within 3 miles of my residence and employer. It is my opinion that the incorrect information is intentionally reported.

Unfortunately, I had to have an attorney involved in this process because I was the one suffering from incorrect information reported on my credit file. Because I was able to dispute my Equifax and Transunion credit files online, my file was updated and corrections are made daily.

On the other hand, I was denied the opportunity to dispute errors on my Experian file online. On 4/21/13, 7/7/13, 7/27/13, 10/14/13 and 2/2/14 (Report Number 0903-0649-43) I was unable to dispute my Experian file and have it corrected. So I am asking your organization to carefully review the enclosed disputes and make the proper deletions and corrections accordingly within the 30 day period as required by law. If an account is to stay on my file, please provide me with the information authorizing that creditor to report info as it is stated on my credit file.

I would like to thank you in advance for your serious attention to this important and sensitive matter. For verification I have included a photocopy of my driver's license and a copy of my social security card. For review and validation, I have enclosed a copy of the creditors included in my chapter 13 bankruptcy.

I am looking forward to receiving an updated credit file from Experian within 30 days of the receipt of this priority letter.

Sincerely,

Toriano A. Giddens

Enclosures:   Driver's License
              Social Security Card
              List of Creditors in Chapter 13 BK

Cc: Bradley Eaby, Attorney

USPS.com® - USPS Tracking™                                      Page 1 of 1

**USPS.COM**                                        Search USPS.com or Track Packages

Quick Tools                Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Track
Enter up to 10 Tracking t Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

# USPS Tracking™                                        ✉ Customer Service ›
                                                         Have questions? We're here to help.

Tracking Number: 23050270000058073172

Expected Delivery Day: Wednesday, February 12, 2014
Signed for By: J SWANSON // ALLEN, TX 75013 // 1:27 pm

## Product & Tracking Information                    Available Actions

Postal Product:              Features:
Priority Mail 2-Day™         $50 insurance included    Signature Confirmation™    Proof of Delivery

| DATE & TIME | STATUS OF ITEM | LOCATION |                Email Updates
|---|---|---|
| February 13, 2014 , 1:27 pm | Delivered | ALLEN, TX 75013 |
| February 13, 2014 , 12:49 pm | Arrival at Post Office | ALLEN, TX 75002 |
| February 13, 2014 | Depart USPS Sort Facility | DALLAS, TX 75398 |
| February 12, 2014 , 10:18 pm | Processed through USPS Sort Facility | DALLAS, TX 75398 |
| February 10, 2014, 4:47 pm | Depatched to Sort Facility | DOVER, DE 19901 |
| February 10, 2014, 4:41 pm | Acceptance | DOVER, DE 19901 |

## Track Another Package
What's your tracking (or receipt) number?

                                                        Track It

LEGAL                    ON USPS.COM              ON ABOUT USPS.COM        OTHER USPS SITES
Privacy Policy ›         Government Services ›    About USPS Home ›        Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›      Newsroom ›               Postal Inspectors ›
FOIA ›                   Print a Label with Postage ›  USPS Service Alerts ›  Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›       Forms & Publications ›   Postal Explorer ›
                         Delivering Solutions to the Last Mile ›  Careers ›
                         Site Index ›

**USPS.COM**   Copyright © 2014 USPS. All Rights Reserved.

**Inquiries**          The following inquiries are more than two years old and should be deleted

UP2DRIVE          1-19-12
WESTERNSKY          1-23-12
TELETRACK          2-1-12

| Creditor | Acct # | Dispute for Correction or Removal |
|---|---|---|
| Wells Fargo | 708015420XXXX | **Please Delete** - the account is closed and the first delinquency occurred more than 7 years ago. |
| Del-One | 55234XXXX | **Please Delete** - The duplicated accounts are closed and the first delinquency occurred |
| Del-One | 55234XXXX | more than 7 years ago. The account is included in my Chapter 13 Bk and this vehicle was surrendered to the creditor. There is no balance for this account. ($25,498) |
| PHEAA/ Brazos | 22606427XXXX | **Please Delete** - This closed account is ten years old. I am requesting that it be removed. |
| US Dept ED | 70000179957XXX 70000179957XXX | **Please Delete** - The duplicated accounts are closed. Account was never late. My student loans were deferred at that time. They are closed and more than 7 years old. |
| US Dept ED | 226064XXXX | **Please Delete** - This closed 2004 account is 10 years old. I am requesting that it be removed. |
| US Dept ED | 70000179958XXX | **Please Update** - My student loans were in deferment and not in repayment at that time. |
| Access Group | 1071XXXX 7 Accounts | **Please Delete** - These 7 closed accounts are more than 7 years old and the first delinquency occurred more than 7 years ago. |
| Bank of Am | 203X | **Please Delete** - This closed account is more than 8 years old. I am requesting that it be removed. Any delinquency on this account is more than 7 years old. |
| Wilshire | 496XXXX | **Please Delete** - This closed account was transferred from another lendor and the first delinquency on this account occurred more than 7 years ago. |
| Barclays | 514021800662XX | **Please Delete** - This closed account is more than 7 years old. I am requesting that it be removed. |
| Capital One | 515599006242XX | **Please Update** - The account is included in my Chapter 13 Bk and it was not closed by the credit grantor. |
| Capital Credit | 170117XXXX | **Please Delete** - This account was placed on my file because I was the primary insured. I was never a patient of the doctor that sent this to the collection agency and the collection agency never contacted me at all. This is not my account and should have never been placed on my credit file. |
| US Dept ED | 70000179957 | **Please Delete** - This 2004 Account is closed. I am requesting that it be removed. |

| Del-One | 46266283188 | **Please Delete** - The first delinquency on this account is more than 7 years old. Also, this closed account has a zero balance and is included in my Chapter 13 Bk. |
|---------|-------------|---|

| Fed Loan | 6097340303 | **Please Update** - These 5 accounts now have a zero balance. |
|----------|-------------|---|
|          | 5 Accounts  | |

| HSBC | 515599000092XX | **Please Delete** - This closed account is more than 7 years old and the first delinquency occurred more than 7 years ago. |
|------|----------------|---|

| University of Phoenix | 900386XXX | **Please Delete** - This closed account is more than 7 years old and I am requesting that it be removed. |
|-----------------------|-----------|---|

| Verizon | 886500XXXX | **Please Delete** - This closed account is included in my chapter 13 Bk in 3/13. It should also show a zero balance. The creditor did not file a claim on this account and is still reporting. That is illegal. |
|---------|------------|---|

| Verizon | 2211942930XXX | **Please Delete** - This account was paid to the creditor prior to going to collections and my first delinquency occurred more than 7 years ago. |
|---------|---------------|---|

| WSFS Bank | 20950XXXX | **Please Delete** - This closed account is included in my chapter 13 Bk in 3/13. It should also show a zero balance. |
|-----------|-----------|---|

B 6D (Official Form 6D) (12/07)

In re **Toriano A. Giddens and Yashica M. Giddens** _____ ,    Case No. _____
                            Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| *Advanced Financial* ACCOUNT NO. 914D 191 COTTAGE COVE LANE WILLIAMSBURG, VA 23185 Full Account No.: C3327914D | | J | 7/1/2012 Purchase Money Deed of Trust Time Share Unit 104B Begonia Way, York County, Virginia VALUE $ $10,000.00 | | | | $10,371.00 | $371.00 |
| *Del-One* ACCOUNT NO. 0020 Inc. 150 E WATER ST DOVER, DE 19901 Full Account No.: 55234000020 | | H | 11/1/2006 Security Agreement 2006 Ford F150 Supercrew Pickup 1/2 Ton V8 SuperCrew XLT 4WD VALUE $ $19,025.00 | | | | $19,025.00 | $13,603.00 |
| *Del-One* ACCOUNT NO. 0021 150 E WATER ST DOVER, DE 19901 Full Account No.: 55234000021 | | J | 11/1/2006 Security Agreement 2007 Ford Escape V6 Utility 4D Limited 4WD VALUE $ $13,400.00 | | | | $25,771.00 | $12,371.00 |
| ACCOUNT NO. 7140 *Progressive Finance* 11629 South East, Ste. 250 Draper, UT 84020 Full Account No.: 807140 | | H | July 1, 2012 Security Agreement VALUE $ $1,000.00 | | | | $2,800.00 | $1,800.00 |

 1  continuation sheets
    attached

Subtotal ▶
(Total of this page)                  $  57,967.00  $  28,145.00

Total ▶
(Use only on last page)               $              $

*Corrected Addresses*

(Report also on Summary of Schedules )        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) - Cont.

In re Toriano A. Giddens and Yashica M. Giddens,                    Case No. _____
                    Debtor                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   nown<br>Northeast Car Connection<br>2001 Byberry Road<br>Philadelphia, PA 19116 | | J | 2/25/13<br>Security Agreement<br>2011 Dodge Grand Caravan<br><br>VALUE $       $20,995.00 | | | | $21,058.00 | $63.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)►
(Total(s) of this page)

| | |
|---|---|
| $       21,058.00 | $       63.00 |

Total(s) ►
(Use only on last page)

| | |
|---|---|
| $       79,025.00 | $       28,208.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

6F  Official Form 6F) (12/07) - Cont

l re Toriano A. Giddens and Yashica M. Giddens          ,          Case No. _____
                        Debtor                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0662<br>BARCLAYSBK<br>PO BOX 8803ATT: CREDIT BUREAU<br>ATT: CREDIT BUREAU<br>WILMINGTON, DE 19899<br>Full Account No.:<br>514021800662 | | H | 2/1/2007<br>credit card | | | | $850.00 |
| ACCOUNT NO.  1316<br><br>Boggs Well and Septic<br>P.O. Box 333<br>Melfa, VA 23410 | | W | | | | | $2,300.00 |
| ACCOUNT NO.  1316<br><br>Camden Dentistry<br>199 South<br>Camden-Wyoming, DE 19934 | | W | dental bill | | | | $210.00 |
| ACCOUNT NO.  5355<br>CAP ONE<br>PO BOX 5253<br>CAROL STREAM, IL 60197<br>Full Account No.:<br>4247355011265355 | | W | 2/1/2011<br>credit card | | | | $482.00 |

Sheet no.  1  of  16  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  3,842.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

FG (Official Form 6F) (12/07) - Cont

n re Toriano A. Giddens and Yashica M. Giddens ,        Case No. _____
            Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Additional Contacts for CAP ONE (5355): **First Financial Asset Mgmt, Inc.** PO Box 901 Fort Mill, SC 29716-0901 | | | | | | | |
| ACCOUNT NO.   5909 **CAP ONE** PO BOX 5253 CAROL STREAM, IL 60197 Full Account No.: 5155990064245909 | | H | 4/1/2012 CREDIT CARD | | | | $605.00 |
| ACCOUNT NO.   5423 **CAP ONE** PO BOX 85015 RICHMOND, VA 23285-5075 Full Account No.: 517805945423 | | H | 5/1/2011 credit card | | | | $1,534.00 |
| ACCOUNT NO.   3118 **CAP ONE** PO BOX 85015 RICHMOND, VA 23285-5075 Full Account No.: 517805763118 | | W | 12/1/2012 CREDIT CARD | | | | $283.00 |

Sheet no. __2__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $   2,422.00

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

re Toriano A. Giddens and Yashica M. Giddens       ,       Case No. _____
                      Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        4968  Capital Management Services, LP 698 1/2 South Ogden Street Buffalo, NY 14206 | | W | credit card | | | | $1,765.32 |
| ACCOUNT NO.        8181  Capital One Bank c/o First Financial Asset Management 230 Peachtree Street, 17th Floor Atlanta, GA 30303 Full Account No.: 14728181 | | W | | | | | $500.00 |
| ACCOUNT NO.  Cash Central PO Box 6430 North Logan, UT 84341-6430 | | W | personal loan | | | | $1,010.00 |
| ACCOUNT NO.        0301  CASHCALL 1920 MAIN STREET SUITE 400 IRVINE, CA 92614 Full Account No.: 9180301 | | H | 5/1/2012 UNSECURED | | | | $2,593.00 |

Sheet no. __3__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸  $       5,868.32

Total▸  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12-07) - Cont.

In re _Toriano A. Giddens and Yashica M. Giddens_,          Case No. _____
                         Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0412<br><br>CashNetUSA<br>200 West Jackson, Suite 1400<br>Chicago, IL 60606-6941<br>Full Account No.: 28420412 | | J | cash advance loan | | | | $656.25 |
| ACCOUNT NO.   4968<br><br>CHASE<br>201 N. WALNUT ST//DE1-1027<br>WILMINGTON, DE 19801<br>Full Account No.:<br>418586022890 / VI194968 | | W | 4/1/2007<br><br>ACCOUNT TRANSFERRED OR SOLD  CHARGED OFF ACCOUNT | | | | $1,800.00 |
| ACCOUNT NO.   4217<br><br>Check 'n Go<br>7755  Montgomery Road,<br>Suite 400<br>Cincinnati, OH 45236<br>Full Account No.: 12495106 /<br>226064217 | | H | cash advance | | | | $4,000.00 |
| ACCOUNT NO.   03-7<br><br>Comcast<br>PO Box 3006<br>Southeastern, PA 19398-3006<br>Full Account No.: 09534<br>479104-03-7 | | H | cable | | | | $653.59 |

Sheet no. _4_ of _16_ continuation sheets attached                                  Subtotal▶ | $ | 7,109.84
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                           Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

of (Official Form 6F) (12/07) - Cont.

a re Toriano A. Giddens and Yashica M. Giddens                    Case No. _____
                    Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 57-4<br>DDA Recovery RJE245 (Citizens Bank) P.O. Box 42023 Providence, RI 02940 Full Account No.: 820271-157-8 | | W | overdraft on checking account | | | | $398.45 |
| ACCOUNT NO. 2122<br>DE FCU 150 E WATER ST DOVER, DE 19901 Full Account No.: 4626628321882122 | | H | 11/1/2006<br>CREDIT CARD | | | | $2,517.00 |
| ACCOUNT NO. 7200<br>DE FCU 150 E WATER ST DOVER, DE 19901 Full Account No.: 5867200 | | W | 6/1/2007<br>credit card | | | | $269.00 |
| ACCOUNT NO. 5749<br>Delmarva Power c/o Rickart Collection Systems, Inc. P.O. Box 7242 North Brunswick, NJ 08902 Full Account No.: 3441138-9997 / 3685749 | | H | electric bill | | | | $270.38 |

Sheet no. 5 of 16 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal> $ 3,454.83

Total> $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Toriano A. Giddens and Yashica M. Giddens,          Case No. _____
_____                                    (if known)
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5-05<br><br>eBay, Inc.<br>c/o I.C. System, Inc.<br>444 Highway 96<br>St. Paul, MN 55164-0887<br>Full Account No.: 651338990 / 3215385-05 | | H | ebay account | | | | $126.49 |
| **ACCOUNT NO.** 0024<br><br>FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>Full Account No.: 700001799580024 | | H | 3/1/2009<br><br>STUDENT LOAN - PAYMENT DEFERRED | | | | $52,657.00 |
| **ACCOUNT NO.** 0740<br><br>FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>Full Account No.: 6369780740 | | W | 8/1/2008<br><br>STUDENT LOAN | | | | $4,097.00 |
| **ACCOUNT NO.** 0740<br><br>FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>Full Account No.: 6369780740 | | W | 8/1/2008<br><br>STUDENT LOAN | | | | $19,045.00 |

Sheet no. _6_ of _16_ continuation sheets attached                  Subtotal▶  $   75,925.49
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

6F (Official Form 6F) (12/07) - Cont.

I re Toriano A. Giddens and Yashica M. Giddens ,          Case No. _____
                        Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     9824 <br> FEDLOAN <br> PO BOX 69184 <br> HARRISBURG, PA 17106 <br> Full Account No.: <br> 700001799579824 | | J | 10/1/2004 <br> STUDENT LOAN - PAYMENT DEFERRED | | | | $11,904.00 |
| ACCOUNT NO.     0124 <br> FEDLOAN <br> PO BOX 69184 <br> HARRISBURG, PA 17106 <br> Full Account No.: <br> 700001797840124 | | W | 7/1/2011 <br> STUDENT LOAN | | | | $33,553.00 |
| ACCOUNT NO.     9724 <br> FEDLOAN <br> PO BOX 69184 <br> HARRISBURG, PA 17106 <br> Full Account No.: <br> 7000011799579724 | | H | 10/1/2004 <br> STUDENT LOAN - PAYMENT DEFERRED | | | | $71,560.00 |
| ACCOUNT NO.     0224 <br> FEDLOAN <br> PO BOX 69184 <br> HARRISBURG, PA 17106 <br> Full Account No.: <br> 700001797840224 | | W | 7/1/2011 <br> STUDENT LOAN | | | | $58,499.00 |

Sheet no. __7__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶          $    175,516.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Toriano A. Giddens and Yashica M. Giddens ,                    Case No. _____
                          Debtor                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0001<br>FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>Full Account No.:<br>6097340303FD00001 | | H | 11/1/2010<br>STUDENT LOAN - PAYMENT DEFERRED | | | | $734.00 |
| ACCOUNT NO.   9924<br>FEDLOAN<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>Full Account No.:<br>7000001799579924 | | H | 3/1/2009<br>STUDENT LOAN - PAYMENT DEFERRED | | | | $19,821.00 |
| ACCOUNT NO.   3464<br>FST PREMIE<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107<br>Full Account No.:<br>5178006399123464 | | H | 5/1/2012<br>CREDIT CARD | | | | $457.00 |
| ACCOUNT NO.   5776<br>FST PREMIE<br>3820 N LOUISE AVET<br>SIOUX FALLS, SD 57107<br>Full Account No.:<br>5177607406905776 | | H | 8/1/2010<br>CREDIT CARD | | | | $497.00 |

Sheet no.  8  of  16   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  21,509.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

6E (Official Form 6F) (12/07) - Cont.

n re Toriano A. Giddens and Yashica M. Giddens          Case No. _____
                    Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9665  HSBC BANK PO BOX 5253 CAROL STREAM, IL 60197 Full Account No.: 990000929665 | | H | 5/1/2006 credit card | | | | $300.00 |
| ACCOUNT NO. 1316  Jay J. Harris DMD 220 Christiana Medical Ctr Newark, DE 19702-1652 Full Account No.: xxx-xx-1316 | | W | xxxx-xx Medical bill | | | | $277.00 |
| Additional Contacts for Jay J. Harris DMD (1316):  Trojan Professional Services, Inc. P.O. Box 1270 Los Alamitos, CA 90720-1270 | | | | | | | |
| ACCOUNT NO. 3279  King's Creek Plantation 263 McLaws Circle, Suite 202 Williamsburg, VA 23185 Full Account No.: 33279 | | J | maintenance fee 2013 | | | | $585.00 |

Sheet no. __9__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ 1,162.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re Toriano A. Giddens and Yashica M. Giddens ,      Case No. _____
                Debtor                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4217 <br><br> Mapledale <br> 180 Mapledale Circle <br> Dover, DE 19904 <br> Full Account No.: 226064217 | | J | | | | | $1,000.00 |
| ACCOUNT NO. 5909 <br><br> Orchard Bank <br> 212 Corporate Lane, Suite 108 <br> Naperville, IL 60563 <br> Full Account No.: <br> 5155990064245909 | | | credit card | X | | | $700.00 |
| ACCOUNT NO. 8031 <br> PayPal, Inc. <br> c/o American Coradius <br> International LLC <br> 2420 Sweet Home Rd. Ste 150 <br> Amherst, NY 14228-2244 <br> Full Account No.: <br> 1372778271416748031 | | H | | | | | $1,580.05 |
| ACCOUNT NO. 8547 <br><br> PNC Bank <br> P.O. Box 2155 <br> Rocky Mount, NC 27802-2155 <br> Full Account No.: 8547 | | H | overdraft on checking account | | | | $1,558.31 |

Sheet no. _10_ of _16_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal▶    $      4,818.36

                                                          Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

6F (Official Form 6F) (12/07) - Cont

n re Toriano A. Giddens and Yashica M. Giddens          Case No. _____
                    Debtor                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3688 <br> PNC Bank <br> P.O. Box 2155 <br> Rocky Mount, NC 27802-2155 <br> Full Account No.: 3688 | | W | overdraft on checking account | | | | $611.08 |
| ACCOUNT NO.   9017 <br> Proactiv Solution <br> c/o SKO Brenner American, Inc. <br> P. O. Box 230 <br> Frmngdale, NY 11735-0230 <br> Full Account No.: 419569017 | | H | personal care product | | | | $67.84 |
| ACCOUNT NO.   3545 <br> QVC <br> 1200 Wilson Drive <br> Chester, PA 19380 <br> Full Account No.: 73723545 | | J | credit card | | | | $2,700.00 |
| ACCOUNT NO.   1566 <br> RBS Citizens N.A. <br> c/o Audit Systems Incorporated <br> 3896 Ulmerton Rd., Suite 200 <br> Clearwater, FL 33762 <br> Full Account No.: 82002711566 | | H | credit card | | | | $1,153.26 |

Sheet no. __11__ of __16__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  4,532.18

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 1 (Official Form 6F) (12/07) - Cont.

In re Toriano A. Giddens and Yashica M. Giddens            Case No. _____
_____
                    **Debtor**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.          4009 <br><br> Resort Management Group LLC <br> 475 Broad Creek Road <br> New Bern, NC 28560 <br> Full Account No.: 1384009 | | J | Previous balance for week #25 plus maintenance fee | | | | $3,107.74 |
| ACCOUNT NO.          -058 <br><br> Shenandoah Villas <br> P.O. Box 1227 <br> Harrisonburg, VA 22803 | | H | Time Share - Masanutten | | | | $2,525.00 |
| ACCOUNT NO.          1650 <br><br> Shore Health System <br> PO Box 277715 <br> Atlanta, GA 30384-7715 <br> Full Account No.: E1501650 | | W | 8/17/2012 <br> Medical bill | | | | $125.00 |
| ACCOUNT NO.          1993 <br><br> Summer Bay Resort <br> P.O. Box 2953 <br> Orlando, FL 32802-2953 <br> Full Account No.: 281993 | | J | 2008 <br> maintenance fee, property tax and reserve and deficiency balance on forclosure | | | | $2,838.04 |

Sheet no. __12__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   8,595.78

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

For 10fficial Form 6F) (12/07)  Cont

In re  Toriano A. Giddens and Yashica M. Giddens   ,          Case No. _____
              Debtor                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      5935 TD Bank P. O. Box 1377 Lewiston, ME 04243-1377 Full Account No.: 5935 | | W | bank overdarft | | | | $735.00 |
| ACCOUNT NO.      0504 UNIVOFPHX 4025 S RIVERPOINT PKYDBA UNIVERSITY OF PHOENIX INC. DBA UNIVERSITY OF PHOENIX INC. PHOENIX, AZ 85040 Full Account No.: 9003866212 / UPX 76-121950504 | | H | 4/1/2004 Student Loan | | | | $7,427.00 |
| Additional Contacts for UNIVOFPHX (0504): Gatestone & Co. International, Inc. PO Box 101928, Dept. 4947A Birmingham, AL 35210-1928 | | | | | | | |
| ACCOUNT NO.      7160 USFastCash 3531 P Street NW P.O. Box 111 Miami, OK 74355 Full Account No.: 1990627160 | | H | cash advance loan | | | | $415.00 |

Sheet no.  13  of  16  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   8,577.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F [Official Form 6F] (12/07) - Cont

In re Toriano A. Giddens and Yashica M. Giddens,
_____
              Debtor

Case No. _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0120<br>Verizon<br>c/o I C System<br>P.O. Box 64444<br>St. Paul, MN 55164-0444<br>Full Account No.:<br>8865006046080120 | | H | | | | | $1,000.00 |
| ACCOUNT NO.    0001<br>VERIZON<br>PO BOX 26055NAT'L RECOVERY DEPT M.S. 400<br>NAT'L RECOVERY DEPT M.S. 400<br>MINNEAPOLIS, MN 55426<br>Full Account No.:<br>22119429300001 | | H | 1/1/2008<br><br>utility | | | | $123.00 |
| ACCOUNT NO.    1-79<br>VERIZON<br>500 TECHNOLOGY DR, SUITE 300<br>SUITE 300<br>WELDON SPRING, MO 63304<br>Full Account No.: 8865006046 /<br>49861562-1-79 | | H | 1/1/2008<br><br>utility | | | | $912.00 |
| Additional Contacts for VERIZON (1-79):<br><br>I.C. System, Inc.<br>444 Highway 96 East<br>St. Paul, MN 55164-0437 | | | | | | | |

Sheet no. __14__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   2,035.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont

'n re Toriano A. Giddens and Yashica M. Giddens    Case No. _____
                    Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0001<br>Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123<br>Full Account No.:<br>82239365900001 | | H | wireless phone service | | | | $600.00 |
| ACCOUNT NO.<br>Virginia Beach Schools<br>Federal Credit Union<br>3701 Bonney Road<br>Virginia Beach, VA 23452 | | W | | | | | $2,193.00 |
| ACCOUNT NO.  4457<br>WFHM<br>PO BOX 10335<br>DES MOINES, IA 50306-0335<br>Full Account No.:<br>7080154204457 | | J | 8/1/2006<br>Mortgage Forclosure Deficiency for 32235 Keller Pond Road, Painter, VA 23420 | | | | $100,300.00 |
| ACCOUNT NO.  350<br>WSFS<br>500 DELAWARE AVE<br>WILMINGTON, DE 19801<br>Full Account No.: 8 350 | | H | 8/1/2011<br>credit card | | | | $1,355.00 |

Sheet no. __15__ of __16__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  104,448.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re Toriano A. Giddens and Yashica M. Giddens , Case No. _____
                        Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 914D <br> Advanced Financial Company <br> 5900 Pasteur Court, Suite 200 <br> Carlsbad, CA 92008 <br> Full Account No.: C3327914D | | J | timeshare payments | | | | $1,346.86 |
| ACCOUNT NO. 4217 <br> Alpine Payday Loan <br> 7180 West Fairview Avenue <br> Boise, ID 83704 <br> Full Account No.: 226064217 | | H | cash advance | | | | $700.00 |
| ACCOUNT NO. 4220 <br> Ashro <br> 3650 Milwaukee St. <br> Madison, WI 53714-2399 <br> Full Account No.: 9714828964220 | | W | credit card | | | | $351.86 |
| ACCOUNT NO. 3704 <br> BANK OF AMERICA <br> 450 AMERICAN ST <br> SIMI VALLEY, CA 93065 <br> Full Account No.: 23393704 | | J | 6/1/2007 <br> Foreclosure on Delaware property | | | | $432,000.00 |

Subtotal ▶ $ 434,398.72

Total ▶ $

16 continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Toriano A. Giddens and Yashica M. Giddens          Case No. _____
                    Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Additional Contacts for WSFS ( 350): **Glenn Associates Mid-Atlantic, Inc. 14504 Greenview Drive, Suite 107 Laurel, MD 20725** | | | | | | | |
| ACCOUNT NO.      5927 **WSFS 500 DELAWARE AVE WILMINGTON, DE 19801** Full Account No.: 5927 | | W | 10/1/2011 credit card | | | | $244.00 |
| ACCOUNT NO.      5927 **WSFS c/o Glenn Associates Mid-Atlantic, Inc. 14504 Greenview Dr., Suite 107 Laurel, MD 20725** Full Account No.: 5927 | | W | | | | | $243.68 |
| | | | | | | | |

Sheet no. __16__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 487.68

Total▶ $ 864,702.20
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

# EXHIBIT B

**MAXINE SWEET'S BLOG AND INFORMATION ON HOW
TO DUSPUTE INCORRECT CREDIT ACCOUNTS-BOTH ARE
FROM EXPERIAN'S WEBSITE**

# Updating account to show included in bankruptcy

Posted by experian.team under Report Advice

*Dear Experian,*

*I have a company reporting "charge off" on my credit report when it should be a bankruptcy that was done in August 2010. Can you help me understand why it is being reported like this?*

*- EUB*

**Dear EUB,**

Accounts included in bankruptcy should have the status updated to show that is the case. Without more information specific to your credit history it's impossible to say exactly why the account status has not been updated. However, there should be no difficulty in having the issue resolved.

When you received your personal credit report it included instructions to contact Experian regarding any information you believed to be inaccurate. The information includes a web site, toll free telephone number and mailing address.

Simply send a copy of your bankruptcy "Schedule A," which lists all of the accounts included in the bankruptcy, and Experian will be able to update the account status using that documentation.

Thanks for asking.

**- The "Ask Experian" team**

TAGS: account included in bankruptcy, bankruptcy

CATS: Report Advice

### Recent Posts

- How to temporarily lift a security freeze
- Collection accounts are not removed immediately after being paid in full
- You must submit request in writing to permanently opt out of receiving prescreened offers
- Debt discharged in bankruptcy continues to show in your credit report

### About Ask Experian

FCRA Rights                                                                          Page 1 of 3

Experian.com   Personal   Business   Small Business   About Experian   Consumer Assistance                    United States | ☰ Global Sites

## Experian
A world of insight

Credit Education   Products   Disputes

## FCRA Rights

**Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.
In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:

### Attention Consumers
If you have a question regarding your personal credit report, your credit score or fraud assistance please contact us

- Contact Us

### Identity Theft Protection
Anyone can be a victim of identity theft. With ProtectMyID.com™, you'll have the tools you need to protect yourself against identity theft. Includes daily monitoring, alerts, and a $1M guarantee.

- Get Identity Theft Protection Now

## FCRA Rights

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| 1 a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br>b. Such affiliates that are not banks, savings associations or credit unions that should list in addition to the Bureau | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br>b. Federal Trade Commission: Consumer Response Center –<br>FCRA Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br>c. Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F St, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**Notification of Rights**

Notification of Rights for Alabama Consumers
Notification of Rights for Alaska Consumers
Notification of Rights for Arkansas Consumers
Notification of Rights for California Consumers
California Notice of Your Rights to Request and Obtain Your Credit Score
Notification of Rights for Colorado Consumers
Notification of Rights for Connecticut Consumers
Notification of Rights for Delaware Consumers
Notification of Rights for District of Columbia Consumers
Notification of Rights for Florida Consumers
Notification of Rights for Georgia Consumers
Notification of Rights for Indiana Consumers
Notification of Rights for Maryland Consumers

# FCRA Rights

Page 3 of 3



Notification of Rights for Massachusetts Consumers
Notification of Rights for Missouri Consumers
Notification of Rights for Montana Consumers
Notification of Rights for Nevada Consumers
Notification of Rights for New Hampshire Consumers
Notification of Rights for New Jersey Consumers
Notification of Rights for New Mexico Consumers
Notification of Rights for New York Consumers
Notification of Rights for North Carolina Consumers
Notification of Rights for North Dakota Consumers
Notification of Rights for Ohio Consumers
Notification of Rights for Oklahoma Consumers
Notification of Rights for Rhode Island Consumers
Notification of Rights for Tennessee Consumers
Notification of Rights for Texas Consumers
Notification of Rights for Vermont Consumers
Notification of Rights for Virginia Consumers
Notification of Rights for Washington Consumers
Notification of Rights for West Virginia Consumers
Notification of Rights for Wisconsin Consumers

Personal Services

© 2014 Experian Information Solutions, Inc. All rights reserved

Legal Terms & Conditions   Privacy Policy   Press   Careers   Investor Relations   Online Community   Site Map   Contact Us

Experian and the Experian marks used herein are service marks or registered trademarks of Experian Information Solutions, Inc. Other product and company names mentioned herein are the property of their respective owners.

# EXHIBIT C

## EXPERIAN'S 7/7/13 RESPONSE TO PREVIOUS ACCOUNT DISPUTE

Experian - Potentially Negative Item Detail                                    Page 1 of 2



| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review

What does potentially negative or items for further review mean?          What if I feel there is an error?
What if I think listed accounts are duplicates?



Experian credit report prepared for                     Credit Report Toolkit:
**TORIANO GIDDENS**                                      Print your report
Your report number is                                    Credit Education
**0487-8084-30**                                         Know your rights
Report date: **July 07, 2013**                           Credit Fraud Center

Item Detail                                              [ Dispute this item ]

DEL-ONE FCU/LSI

Address:                          Account Number:
270 BEISER BLVD                   5523400....
DOVER, DE 19904
*No phone number available*

Address Identification Number: 0659766476

Status:                                          Status Details:
Petition for Chapter 13 Bankruptcy. $1,143 past due as of May 2013.   This account is scheduled to continue on
                                                 record until Aug 2018.
                                                 This item was updated from our
                                                 processing of your dispute in Sep 2012.



| Date Opened: | Type: | Credit Limit: |
|---|---|---|
| 11/2008 | Auto Loan | $27,256 |
| Date of Status: | Terms: | High Balance: |
| 05/2013 | 72 Months | N/A |
| Reported Since: | Monthly Payment: | Recent Balance: |
| 05/2012 | $0 | $25,498 |
| Last Reported Date: | Responsibility: | Recent Payment: |
| 05/2013 | Joint with YASHICA GIDDENS | $291 |

**Payment history legend**
| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | P&C | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | C | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail                                    Page 2 of 2

| 180 | Account 180 days past due | C | Collection |
|---|---|---|---|
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| 90 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 |

**Account History:**
90 days past due as of Mar 2013
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013
Filed Chapter 13 Bankruptcy on May 31, 2013

**Balance History - The following data will appear in the following format:**
account balance / date payment received / scheduled payment amount / actual amount paid
Mar 2013: $25,498 / March 1, 2013 / $290 / $291
Feb 2013: $25,498 / February 2, 2013 / $290 / $291
Jan 2013: $25,692 / January 30, 2013 / $290 / $291
Dec 2012: $25,771 / December 28, 2012 / $290 / $291
Nov 2012: $25,878 / November 30, 2012 / $290 / $291
Oct 2012: $25,902 / October 19, 2012 / $290 / $290
Sep 2012: $26,026 / September 24, 2012 / $290 / $290
Sep 2012: $26,114 / August 24, 2012 / $290 / $291
Jul 2012: $26,333 / July 2, 2012 / $290 / $290
Jun 2012: $26,333 / May 24, 2012 / $290 / $290

**Limit High Balance History:**
The original amount of this account was $27,256

**Your Statement:**
N/A

©Experian 2013 All rights reserved
Experian and the marks used herein are service marks or registered trademarks of Experian
Other product and company names mentioned herein may be the trademarks of their respective owners



| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Number | Get Credit Score |

## Potentially Negative Items or Items for Further Review

❓ What does potentially negative or items for further review mean?        ❓ What if I feel there is an error?

❓ What if I think listed accounts are duplicates?



Experian credit report prepared for
**TORIANO GIDDENS**
Your report number is
**0487-8054-30**
Report date: **July 07, 2013**

Credit Report Toolkit:
Print your report
Credit Education
Know your rights
Credit Fraud Center

Item Detail

**Dispute this item**

**DEL-ONE FCU/LSI**

Address:
270 BEISER BLVD
DOVER, DE 19904
*No phone number available*

Account Number:
5523400...

Address Identification Number: 0859766476



**Status:**
Petition for Chapter 13 Bankruptcy. $1,291 past due as of Apr 2013.

**Status Details:**
This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Sep 2012.

Date Opened:
11/2006
Date of Status:
04/2013
Reported Since:
11/2006
Last Reported Date:
04/2013

Type:
Auto Loan
Terms:
120 Months
Monthly Payment:
$342
Responsibility:
Individual

Credit Limit:
$35,845
High Balance:
N/A
Recent Balance:
$32,368
Recent Payment:
$343

Payment history legend

| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | C | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail                                      Page 2 of 2

| 180 | Account 180 days past due | C | Collection |
|---|---|---|---|
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| 90 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 | 30 | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2010 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | 30 | 30 | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | 30 | 30 | 30 | 30 | 30 | OK |

| 2009 | | | | | | | | | | | | | | | 2008 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | 30 | 30 | 30 | 30 | 30 | 30 | OK | 30 | 30 | OK | OK | OK | 30 | OK | OK |

| | | | | | | | | 2007 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | OK | OK | OK | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2006 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV |
| OK | OK | OK | OK | OK |

**Account History:**
90 days past due as of Mar 2013
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013, Apr 2012, Aug 2011, Jul 2011, Jan 2011, Dec 2010, May 2010
to Sep 2010, Jun 2009 to Dec 2009, Dec 2008, Feb 2008 to May 2008
Filed Chapter 13 Bankruptcy on Apr 24, 2013

**Balance History** - The following data will appear in the following format:
account balance / date payment received / scheduled payment amount / actual amount paid
Mar 2013: $32,388 / March 1, 2013 / $342 / $343
Feb 2013: $32,345 / February 2, 2013 / $342 / $343
Jan 2013: $32,512 / January 30, 2013 / $342 / $343
Dec 2012: $32,628 / December 28, 2012 / $342 / $343
Nov 2012: $32,773 / November 30, 2012 / $342 / $343
Oct 2012: $32,836 / October 19, 2012 / $342 / $342
Sep 2012: $32,997 / September 24, 2012 / $342 / $342
Sep 2012: $33,122 / August 24, 2012 / $342 / $344
Jul 2012: $33,444 / July 2, 2012 / $342 / $342
Jun 2012: $33,524 / May 24, 2012 / $342 / $342

**Limit High Balance History:**
The original amount of this account was $35,845

**Your Statement:**
N/A

©Experian 2013. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Experian - Contact Us                                                                 Page 1 of 1

 **Experian**
A world of insight

# Personal Credit Report

**Contact us**

You may use our online service to dispute information on your credit report. Check out Credit Education for questions about your report or for general credit information

If you need personal assistance, locate your Report Number and call us. Information is updated frequently, so you should contact us within 90 days from the date on this report

Experian
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.
www.experian.com/viewreport
P.O. Box 9701
Allen, TX 75013

©Experian 2013. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

*Black 2013 Altima SV*
*$ 21,858*
*Stock# 9095097*
*Model Code 13213*

Confirmation

Experian credit report prepared for
**TORIANO GIDDENS**

Your report number is
**0457-8054-30**

Report date: **July 07, 2013**

ⓘ  **Important Note**

We have already investigated this information, and the source, creditor or public record has verified that it is correct. If you still have a
question about it, you may want to contact the source, or if you have additional relevant information, click here.



Would you like to continue reviewing your report?

# EXHIBIT D

## EXPERIAN'S 2/20/14 RESPONSE TO PREVIOUS ACCOUNT DISPUTE

**Experian**
A good decision

Prepared for: JORDAN-DT-GIBBONS
Date: February 20, 2014
Report Number: 0367-4525-30

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Consumer Financial Protection Bureau (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc., nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

Unless you send us relevant information to support your claim, we will not investigate this information again and you will not receive this notice again regarding this particular dispute.

DEL-ONE FEDERAL CU
5523400

DEL-ONE FEDERAL CU
5523-400...

AMERICAN EDUCATION SERVICES
9999942170...

AMERICAN EDUCATION SERVICES
9999942170...

ACCESS GROUP INC
1071...

ACCESS GROUP INC
1071_

DEL-ONE FED CRED UNION
462862832188....

FEDERAL LOAN SERVICING CREDIT
609734030 3FD0....

FEDERAL LOAN SERVICING CREDIT
609734030 3FD0....

FEDERAL LOAN SERVICING CREDIT
609734030 3FD0....

FEDERAL LOAN SERVICING CREDIT
609734030 3FD0....

FEDERAL LOAN SERVICING CREDIT
609734030 3FD0....

HSBC BANK
515599000092....

UNIVERSITY OF PHOENIX
900386...

VERIZON
886500...

VERIZON WIRELESS
2211942930....

WILMINGTON SAVINGS FUND SOCIETY
20950...

0250183478

# EXHIBIT E

## DISPUTED WSFS ACCOUNT STILL ON CREDIT REPORT

Experian - Investigation Results                                    Page 1 of 5



Report Number:
0903-0649-43
Online Credit Report from Experian for:
TORIANO A GIDDENS

Summary of Results
Details of Dispute Results
Important Message from Experian
Know your rights
View a complete copy of your corrected report

Report date: March 22, 2014



We have completed the processing of your dispute(s). Here are the results. If you still question an item then you may want to contact the furnisher of the information directly or review the original information in the public record.

### Contact us                                                      Back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

### Results                                                        Back to top

How to read your results
• Deleted - This item was removed from your credit report
• Remains - This item was not changed as a result of our processing of your dispute
• Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
• Processed - This item was either updated or deleted; review this report to learn its outcome

Credit Items

VERIZON WIRELESS
Account Number: 2211942930..                    Outcome: Updated

VERIZON
Account Number: 886500....                      Outcome: Updated

WSFS
Account Number: 20950.                           Outcome: Remains

### Details Of Dispute Results                                     Back to top

Potentially Negative Items or items for further review             Back to top

https://www.experian.com/consumer/cac/DeliverCDFReport.do          3/22/2014

# EXHIBIT F

ALL DISPUTED ACCOUNT WITH EXPERIAN AS OF 4/6/14

Experian - Potentially Negative Item Detail                                      Page 1 of 2



**Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |
|--------|----------------|----------------------------|---------------------------|----------------------------------|----------------------|-------------------------|--------------------|------------------|

## Potentially Negative Items or Items for Further Review



Are you at risk for
**IDENTITY THEFT?**
**Low-Risk**
Help reduce your risk with ProtectMyID™ from Experian®
**Get Protected ➔**
with enrollment in PLUS!

ⓘ What does potentially negative or items for further review mean?

ⓘ What if I think listed accounts are duplicates?

ⓘ What if I feel there is an error?

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

Experian credit report prepared for
**TORIANO A GIDDENS**
Your report number is
**0367-4526-30**
Report date: April 06, 2014

Item Detail                                                    [Dispute this item]







**WILMINGTON SAVINGS FUND SOCIETY**

**Address:**                         **Account Number:**
500 DELAWARE AVE                     20950....
WILMINGTON, DE 19801
*No phone number available*

**Address Identification Number: 0559788476**

**Status:**                                          **Status Details:**
Petition for Chapter 13 Bankruptcy. $1,355 written off. $1,355 past     This account is scheduled to continue on
due as of Jan 2014.                                  record until Aug 2019.
                                                     This item remained unchanged from our
                                                     processing of your dispute in Feb 2014.

**Date Opened:**          **Type:**               **Credit Limit:**
08/2011                   Deposit                 $1,355
**Date of Status:**       **Terms:**              **High Balance:**
03/2013                   1 Months                N/A
**Reported Since:**       **Monthly Payment:**    **Recent Balance:**
01/2013                   $0                       $1,355
**Last Reported Date:**   **Responsibility:**     **Recent Payment:**
01/2014                   Individual               $0

| Payment history legend | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail                                  Page 2 of 2

| 180 | Account 180 days past due | C | Collection |
|---|---|---|---|
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**
2013
  JAN
    CO

**Account History:**
Charge Off as of Jan 2013
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2013: $1,355 / no data / no data / no data
May 2013: $1,355 / no data / no data / no data
Apr 2013: $1,355 / no data / no data / $0
Mar 2013: $1,355 / no data / no data / no data
Jan 2013: $1,355 / no data / no data / no data

**Limit High Balance History:**
The original amount of this account was $1,355

**Your Statement:**
N/A

Add a statement

©Experian 2014. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Experian - Potentially Negative Item Detail                                    Page 1 of 2

 **Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |
|--------|----------------|----------------------------|---------------------------|----------------------------------|----------------------|-------------------------|--------------------|------------------|



Are you at risk for
**IDENTITY THEFT?**
Low Risk
Help reduce your risk
with ProtectMyID™
from Experian®
**Get Protected ➜**
with enrollment in PMID
Experian℠

## Potentially Negative Items or Items for Further Review

⊙ What does potentially negative or items for further review mean?   ⊙ What if I feel there is an error?
⊙ What if I think listed accounts are duplicates?

Experian credit report prepared for
**TORIANO A GIDDENS**
Your report number is
**0367-4525-30**
Report date, April 06, 2014

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center



**Item Detail**                                                           [ Dispute this item ]

**DEL-ONE FEDERAL CU**



**Address:**                        **Account Number:**
270 BEISER BLVD                     552...
DOVER, DE 19904
*No phone number available*

**Address Identification Number:** 0643635365



**Status:**
Transferred,closed

| **Date Opened:** 11/2006 | **Type:** Auto Loan | **Credit Limit:** $27,258 |
|---|---|---|
| **Date of Status:** 05/2012 | **Terms:** 72 Months | **High Balance:** N/A |
| **Reported Since:** 11/2006 | **Monthly Payment:** $0 | **Recent Balance:** N/A |
| **Last Reported Date:** 03/2013 | **Responsibility:** Individual | **Recent Payment:** N/A |

**Comment:**
Account closed due to transfer

**Payment history legend**
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|----|-------------------------------|----|-------------------------|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |

Experian - Potentially Negative Item Detail

Page 2 of 2

| | | |
|---|---|---|
| 150 Account 150 days past due | D | Defaulted on contract |
| 180 Account 180 days past due | C | Collection |
| CRD Creditor received deed | CO | Charge off |
| FS Foreclosure proceedings started | CLS | Closed |
| F Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| CLS | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 30 | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2010 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | 30 | 30 | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | 30 | 30 | 30 | 30 | 30 | OK |

| | | | 2009 | | | | | | | | | | | | 2008 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | 30 | 30 | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 | OK | OK |

| | | | | | | | | 2007 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | 30 | OK | 60 | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | 2006 | | |
|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | |
| OK | OK | OK | OK | OK | |

**Account History:**
60 days past due as of Jun 2008
30 days past due as of Apr 2012, Aug 2011, Jul 2011, Jan 2011, Dec 2010, May 2010 to Sep 2010, Jun 2009 to Dec 2009, Dec 2008, Aug 2008, Jan 2008 to May 2008

**Your Statement:**
N/A

[ Add a statement ➤ ]

©Experian 2014. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Experian - Potentially Negative Item Detail


## Experian
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review

- What does potentially negative or items for further review mean?
- What if I think listed accounts are duplicates?
- What if I feel there is an error?



Experian credit report prepared for
**TORIANO A GIDDENS**
Your report number is
**0367-4626-30**
Report date: April 06, 2014

Credit Report Toolkit:
Print your report
Credit Education
Know your rights
Credit Fraud Center

Item Detail



**DEL-ONE FEDERAL CU**



**Address:**
270 BEISER BLVD
DOVER, DE 19904
No phone number available

**Account Number:**
5523400...

**Address Identification Number:** 0659786476

**Status:**
Petition for Chapter 13 Bankruptcy. $1,143 past due as of Feb 2013.

**Status Details:**
This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Feb 2014.




**Date Opened:** 11/2006
**Date of Status:** 03/2013
**Reported Since:** 06/2012
**Last Reported Date:** 02/2013

**Type:** Auto Loan
**Terms:** 72 Months
**Monthly Payment:** $0
**Responsibility:** Joint with YASHICA GIDDENS

**Credit Limit:** $27,256
**High Balance:** N/A
**Recent Balance:** $25,498
**Recent Payment:** $291

| Payment history legend | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail                                                 Page 2 of 2

| | | | |
|---|---|---|---|
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | C/S | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| | 2013 | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 |

**Account History:**
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History - The following data will appear in the following format:**
account balance / date payment received / scheduled payment amount / actual amount paid
Feb 2013: $25,498 / February 2, 2013 / $290 / $291
Jan 2013: $25,692 / January 30, 2013 / $290 / $291
Dec 2012: $25,771 / December 28, 2012 / $290 / $291
Nov 2012: $25,876 / November 30, 2012 / $290 / $291
Oct 2012: $25,902 / October 19, 2012 / $290 / $291
Sep 2012: $26,026 / September 24, 2012 / $290 / $290
Sep 2012: $26,114 / August 24, 2012 / $290 / $291
Jul 2012: $28,333 / July 2, 2012 / $290 / $290
Jun 2012: $28,333 / May 24, 2012 / $290 / $290

**Limit High Balance History:**
The original amount of this account was $27,256

**Your Statement:**
N/A

Add A Statement?

©Experian 2014. All rights reserved
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Experian - Potentially Negative Item Detail                                    Page 1 of 2

 **Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review

What does potentially negative or items for further review mean?                    What if I feel item is an error?
What if I think listed accounts are duplicates?

Experian credit report prepared for                    Credit Report Toolkit:
**TORIANO A GIDDENS**                                   Print your report
Your report number is                                   Credit Education
**0367-4626-30**                                        Know your rights
Report date: **April 06, 2014**                         Credit Fraud Center

Are you at risk for
**IDENTITY THEFT?**
Low Risk
Help reduce your risk with ProtectMyID™ from Experian*
Get Protected ⇒
with enrollees A PMID
Experian

Item Detail                                             [ Dispute this item ]

**DEL-ONE FEDERAL CU**

Address:                              Account Number:
270 BEISER BLVD                       5523400...
DOVER, DE 19904
No phone number available

Address Identification Number: 0659786476

Status:                                                 Status Details:
Petition for Chapter 13 Bankruptcy. $5,402 past due as of Mar 2014    This account is scheduled to continue on record until Apr 2019.
                                                        This item was updated from our processing of your dispute in Feb 2014.

Date Opened:          Type:              Credit Limit:
11/2006               Auto Loan          $35,845
Date of Status:       Terms:             High Balance:
03/2013               120 Months         N/A
Reported Since:       Monthly Payment:   Recent Balance:
01/2007               $342               $33,165
Last Reported Date:   Responsibility:    Recent Payment:
03/2014               Individual         $803

Payment history legend
OK   Current/Terms of agreement met       VS   Voluntarily surrendered
30   Account 30 days past due             R    Repossession
60   Account 60 days past due             P&C  Paid by creditor
90   Account 90 days past due             C    Insurance claim
120  Account 120 days past due            G    Claim filed with government
150  Account 150 days past due            D    Defaulted on contract

Experian - Potentially Negative Item Detail                                      Page 2 of 2

| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received good | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | 2012 | | | | | | | | | | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2010 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| 30 | 30 | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | 30 | 30 | 30 | OK | OK | OK | OK |

| | | 2009 | | | | | | | | | | | | 2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| OK | OK | 30 | 30 | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

| | | | | | | | | 2007 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| FEB | JAN |
|---|---|
| OK | OK |

**Account History:**
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013, Apr 2012, Aug 2011, Jul 2011, Jan 2011, Dec 2010, May 2010
to Sep 2010, Jun 2009 to Dec 2009, Dec 2008, Feb 2008 to May 2008
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History** - The following data will appear in the following format
*account balance / date payment received / scheduled payment amount / actual amount paid*
Feb 2014: $33,969 / January 16, 2014 / $342 / $401
Jan 2014: $33,969 / January 16, 2014 / $342 / $401
Oct 2013: $31,583 / October 17, 2013 / no data / $343
Aug 2013: $31,985 / August 16, 2013 / $342 / $381
Jul 2013: $32,366 / March 1, 2013 / $343
Mar 2013: $32,366 / March 1, 2013 / $342 / $343
Mar 2013: $19,025 / March 1, 2013 / no data / $343
Feb 2013: $32,345 / February 2, 2013 / $342 / $343
Jan 2013: $32,512 / January 30, 2013 / $342 / $343
Dec 2012: $32,828 / December 28, 2012 / $342 / $343
Nov 2012: $32,773 / November 30, 2012 / $342 / $343
Oct 2012: $32,997 / October 19, 2012 / $342 / $342
Sep 2012: $32,997 / September 24, 2012 / $342 / $342
Sep 2012: $33,122 / August 24, 2012 / $342 / $342
Jul 2012: $33,444 / July 2, 2012 / $342 / $342
Jun 2012: $33,524 / May 24, 2012 / $342 / $342

**Limit High Balance History:**
The original amount of this account was $35,845

**Your Statement:**
N/A

Add a statement

©Experian 2014 All rights reserved
Experian and the marks used herein are service marks or registered trademarks of Experian
Other product and company names mentioned herein may be the trademarks of their respective owners

Experian - Potentially Negative Item Detail                                    Page 1 of 2


A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |
|---|---|---|---|---|---|---|---|---|

## Potentially Negative Items or Items for Further Review

What does potentially negative or items for further review mean?
What if I think listed accounts are duplicates?

What if I feel there is an error?

Experian credit report prepared for
**TORIANO A GIDDENS**
Your report number is
**0367-4525-30**
Report date: **April 06, 2014**

Credit Report Toolkit:
Print your report
Credit Education
Know your rights
Credit Fraud Center



Item Detail                                                          [ Dispute this item ]

**DEL-ONE FED CRED UNION**

**Address:**                          **Account Number:**
270 BEISER BLVD                       462682832188 ...
DOVER DE 19904
*No phone number available*

**Address Identification Number:** 0659786476



**Status:**                                          **Status Details:**
Petition for Chapter 13 Bankruptcy. $2,450 written off. $2,450 past    This account is scheduled to continue on
due as of Nov 2013.                                  record until Mar 2020.
                                                     This item was updated from our
                                                     processing of your dispute in Apr 2014.



**Date Opened:**            **Type:**                **Credit Limit:**
11/2006                     Credit card              $3,500
**Date of Status:**         **Terms:**               **High Balance:**
03/2013                     N/A                      $4,326
**Reported Since:**         **Monthly Payment:**     **Recent Balance:**
03/2007                     $0                       $2,450
**Last Reported Date:**     **Responsibility:**      **Recent Payment:**
11/2013                     Individual               $0

Payment history legend
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail                                        Page 2 of 2

| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | 2012 | | | | | | | | | | | | | 2011 | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2010 | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | 180 | 150 | 180 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | | 2009 | | | | | | | | | | | | 2008 | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| 30 | 30 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | 2007 | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
, Feb 2011, Nov 2010
, Jan 2011, Oct 2010
, Dec 2010, Sep 2010
, Feb 2013, Aug 2012, Aug 2010
, Jan 2013, Sep 2012, Jul 2012, Jul 2010, Dec 2009
, Dec 2012, Jun 2012, May 2012, Jun 2010, Feb 2010, Jan 2010, Nov 2009, Jun 2008, May 2008
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Your Statement:**
N/A

Add a statement

©Experian 2014. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

Experian - Potentially Negative Item Detail                                      Page 1 of 2



**Experian**
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Potentially Negative Items or Items for Further Review



Are you at risk for
**IDENTITY THEFT?**

Low Risk

Help reduce your risk with ProtectMyID™ from Experian

**Get Protected**
with enrollment in PMID

Experian

What does potentially negative or items for further review mean?

What if I think listed accounts are duplicates?

What if I feel there is an error?

Experian credit report prepared for
**TORIANO A GIDDENS**
Your report number is
**0367-4525-30**
Report date: **April 06, 2014**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

Item Detail

Dispute this item

**FIRST PREMIER BANK**



Address:
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104
(800) 987-5521

Account Number:
517800839912 ...

Address Identification Number: 0659786476



Status:
Petition for Chapter 13 Bankruptcy. $457 written off. $457 past due as of May 2013

Status Details:
This account is scheduled to continue on record until Sep 2019.
This item was updated from our processing of your dispute in Feb 2014.

| Date Opened: 05/2012 | Type: Credit card | Credit Limit: N/A |
|---|---|---|
| Date of Status: 03/2013 | Terms: N/A | High Balance: $457 |
| Reported Since: 04/2012 | Monthly Payment: $0 | Recent Balance: $457 |
| Last Reported Date: 05/2013 | Responsibility: Individual | Recent Payment: $51 |

**Payment history legend**
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |

Experian - Potentially Negative Item Detail

| 180 | Account 180 days past due | C | Collection |
|---|---|---|---|
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment History:**

| 2013 | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| CO | CO | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

**Account History:**
Charge Off as of Feb 2013, Jan 2013
120 days past due as of Dec 2012
90 days past due as of Nov 2012
60 days past due as of Oct 2012
30 days past due as of Sep 2012
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2013: $457 / September 13, 2012 / no data / $51
Dec 2012: $457 / September 13, 2012 / no data / no data
Nov 2012: $443 / September 13, 2012 / $32 / no data
Oct 2012: $396 / September 13, 2012 / $30 / no data
Sep 2012: $347 / September 13, 2012 / $30 / $51
Aug 2012: $246 / July 3, 2012 / $30 / no data
Jul 2012: $166 / July 3, 2012 / $30 / $150
Jun 2012: $328 / no data / $30 / no data
May 2012: $75 / no data / $30 / no data

**Limit High Balance History:**
Between May 2012 and Jan 2013, your credit limit/high balance was $300

**Your Statement:**
N/A

`Add a Statement`

©Experian 2014. All rights reserved
Experian and the marks used herein are service marks or registered trademarks of Experian
Other product and company names mentioned herein may be the trademarks of their respective owners

# EXHIBIT G

## ALL DISPUTED ACCOUNTS DOCUMENTED IN BANKRUPCTY



## Claim Summary

Case Number: 1310470
Case Status: Confirmed And Operating

Debtor1 Name: Fonzero Gideons
Debtor2 Name: Fashica Gideons

Trustee Name: Michael Joseph
Trustee City: Wilmington, DE

| Claim Number | Creditor Name | Claim Description | % Of Claim To Be Paid | Claim Amount | Principal Paid TD | Interest Paid | Schedule Amount | Principal Owed | Monthly Payment | Interest Rate % |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | SANTANDER CONSUMER USA INC | SECURED VEHICLE | 0.01% | $21,948.41 | $5,080.91 | $0.00 | $16,035.0 | $30,397.5 | $0.20 | 0.02% |
| 002 | DEL ONE | SECURED VEHICLE | 0.01% | $24,672.10 | $2,742.54 | $0.00 | $16,000.0 | $16,879.8 | $0.00 | 0.00% |
| 016 | THE EASY FIRM, LLC | ATTORNEY FEES | 0.01% | $2,500.00 | $2,000.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | 0.00% |
| 002U | DEL ONE | UNSECURED | 0.01% | $15,950.10 | $0.00 | $0.00 | $0.00 | $67.81 | $0.00 | 0.00% |
| 003 | DEL ONE | SUBORDINATED | 0.01% | $0.00 | $0.00 | $0.00 | $25,771.0 | $0.00 | $0.00 | 0.00% |
| 004 | DEL ONE | UNSECURED | 0.01% | $2,456.14 | $0.00 | $0.00 | $2,517.10 | $16.75 | $0.00 | 0.00% |
| 005 | CASHCALL, INC | UNSECURED | 0.01% | $3,911.25 | $0.00 | $0.00 | $2,583.00 | $31.20 | $0.20 | 0.00% |
| 006 | ASHRO LIFESTYLE | UNSECURED | 0.01% | $355.10 | $0.00 | $0.00 | $351.80 | $2.10 | $0.00 | 0.00% |
| 007 | AMERICAN INFOSOURCE | UNSECURED | 0.01% | $129.01 | $0.00 | $0.00 | $127.10 | $0.98 | $0.00 | 0.00% |
| 008 | AMERICAN INFOSOURCE | UNSECURED | 0.01% | $601.34 | $0.00 | $0.00 | $600.10 | $4.85 | $0.00 | 0.00% |
| 009 | AMERICAN INFOSOURCE | UNSECURED | 0.01% | $394.13 | $0.00 | $0.00 | $391.00 | $2.84 | $0.00 | 0.00% |
| 010 | AMERICAN INFOSOURCE | UNSECURED | 0.01% | $1,078.97 | $0.00 | $0.00 | $1,000.00 | $7.05 | $0.00 | 0.00% |
| 011 | WILMINGTON SAVINGS | UNSECURED | 0.01% | $243.60 | $0.00 | $0.00 | $244.00 | $1.17 | $0.00 | 0.00% |
| 012 | WILMINGTON SAVINGS | UNSECURED | 0.01% | $4,268.12 | $0.00 | $0.00 | $4,250.00 | $10.94 | $2.00 | 0.00% |
| 013 | PROGRESSIVE FINANCE | UNSECURED | 0.01% | $3,175.04 | $0.00 | $0.00 | $3,000.00 | $25.12 | $0.20 | 0.00% |
| 014 | DEPT OF EDUCATION | UNSECURED | 0.01% | $104,234.9 | $0.00 | $0.00 | $104,070. | $1,531.10 | $0.00 | 0.00% |
| 015 | DEPT OF EDUCATION | UNSECURED | 0.01% | $146,727.6 | $0.00 | $0.00 | $99,004.0 | $104.46 | $1.80 | 0.00% |
| 017 | PORTFOLIO RECOVERY ASSOC. | UNSECURED | 0.01% | $1,463.74 | $0.00 | $0.00 | $1,534.00 | $11.98 | $0.00 | 0.00% |
| 018 | PORTFOLIO RECOVERY ASSOC. | UNSECURED | 0.01% | $388.44 | $0.00 | $0.00 | $383.00 | $2.88 | $0.00 | 0.00% |
| 019 | CAPITAL ONE BANK | UNSECURED | 0.01% | $823.55 | $0.00 | $0.00 | $806.00 | $5.15 | $0.00 | 0.00% |
| 020 | CAPITAL ONE BANK | UNSECURED | 0.01% | $462.34 | $0.00 | $0.00 | $463.00 | $3.49 | $0.00 | 0.00% |
| 021 | AMERICAN INFOSOURCE | UNSECURED | 0.01% | $2,909.40 | $0.00 | $0.00 | $4,000.00 | $21.98 | $0.20 | 0.00% |
| 022 | CASH CENTRAL | UNSECURED | 0.01% | $4,211.11 | $0.00 | $0.00 | $1,040.00 | $14.75 | $0.00 | 0.00% |
| 023 | DELAWARE DIVISION OF REVENUE | DIRECT | 0.01% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 100 | ADVANCED FINANCIAL | NOT FILED | 0.01% | $0.00 | $0.00 | $0.00 | $1,346.00 | $0.00 | $0.00 | 0.00% |
| 101 | ALPINE PAYDAY LOAN | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $708.00 | $0.00 | $0.00 | 0.00% |
| 102 | BANK OF AMERICA N.A. | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $462.00 | $0.00 | $0.00 | 0.00% |
| 103 | BARCLAYS BANK OF DE | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | 0.00% |
| 104 | BONDS WELL AND SEPTIC | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $2,300.00 | $0.00 | $0.00 | 0.00% |
| 105 | CARDEN DENTISTRY | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $210.00 | $0.00 | $0.00 | 0.00% |
| 109 | CAPITAL MANAGEMENT SERV. | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $1,780.12 | $0.00 | $0.20 | 0.00% |
| 110 | CAPITAL ONE | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | 0.00% |
| 112 | CARHNET | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $658.26 | $0.00 | $0.00 | 0.00% |
| 113 | CHASE | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $1,600.00 | $0.00 | $0.00 | 0.00% |
| 115 | COMCAST CABLEVISION | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | 0.00% |
| 116 | DDA RECOVERY | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $306.45 | $0.00 | $0.00 | 0.00% |
| 117 | DE FCU | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $289.00 | $0.00 | $0.00 | 0.00% |
| 118 | DELMARVA POWER | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $270.36 | $0.00 | $0.00 | 0.00% |
| 119 | EBAY INC | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $126.49 | $0.00 | $0.00 | 0.00% |
| 121 | FIRST PREMIER BANK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $654.00 | $0.00 | $0.00 | 0.00% |
| 124 | HSBC | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 | 0.00% |
| 125 | JAY J HARRIS DMD | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $277.00 | $0.00 | $0.00 | 0.00% |

Debtor Claim Summary | National Data Center | Chapter 13 Bankruptcy Case Information    Page 2 of 2

| Claim Points | Creditor Name | Claim Disposition | % Of Claim To Be Paid | Claim Amount | Principal Paid | Interest Paid | Scheduled Amount | Principal Owed | Monthly Payment | Interest Rate % |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | KINGS CREEK PLANTATION | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $668.00 | $0.00 | $0.00 | 0.00% |
| 137 | MAPLEDALE | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | $0.00 | 0.00% |
| 138 | ORCHARD BANK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $700.00 | $0.00 | $0.00 | 0.00% |
| 139 | PAYPAL | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $1,350.00 | $0.00 | $0.00 | 0.00% |
| 140 | PNC BANK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $4,008.51 | $0.00 | $0.00 | 0.00% |
| 141 | PNC BANK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $211.00 | $0.00 | $0.00 | 0.00% |
| 142 | PROACTIV SOLUTION | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $87.64 | $0.00 | $0.00 | 0.00% |
| 143 | QVC NETWORK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 | $0.00 | 0.00% |
| 134 | RBS | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $9,165.28 | $0.00 | $0.00 | 0.00% |
| 135 | RESORT MANAGEMENT | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $3,457.74 | $0.00 | $0.00 | 0.00% |
| 136 | SHENANDOAH VILLAS | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| 137 | SHORE HEALTH SYSTEMS | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $125.00 | $0.00 | $0.00 | 0.00% |
| 138 | SUMMER BAY PARTNERSHIP | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $2,326.00 | $0.00 | $0.00 | 0.00% |
| 139 | TD BANK | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $756.00 | $0.00 | $0.00 | 0.00% |
| 140 | UNIV OF PHOENIX | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $3,427.00 | $0.00 | $0.00 | 0.00% |
| 141 | US FAST CASH | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $413.00 | $0.00 | $0.00 | 0.00% |
| 142 | VIRGINIA BEACH SCHOOLS | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $2,166.00 | $0.00 | $0.00 | 0.00% |
| 143 | VPNS | NOT FILED UNSECURED | 0.01% | $0.00 | $0.00 | $0.00 | $100,000.00 | $0.00 | $0.00 | 0.00% |

NOTICE: The information provided herein is based upon the best information available. The information is unaudited on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and would not advise to base any action based upon this information upon independent verification of the information.

Creditor Claim Detail | National Data Center | Chapter 13 Bankruptcy Case Information          Page 1 of 1

## Claim Detail

| | |
|---|---|
| Case Number 1310470 | Debtor1 Name Tommie Giddens |
| Case Status Confirmed And Operating | Debtor2 Name Yanhica Giddens |

Trustee Name Michael Joseph
Trustee City Wilmington, DE

### CLAIM INFORMATION

| | |
|---|---|
| Claim Number | 003 |
| Claim Description | SURRENDERED |
| Claim Type Code | |
| Class Type Description | SURRENDERED |
| Class Type Code | SRD |
| Level | 0 |
| Comment | PER PLAN |
| Account Number | 5234 |
| Reference Number | 0 |
| UCI | |

### CLAIM AMOUNTS

| | |
|---|---|
| Claim Amount | $0.00 |
| Scheduled Amount | $25,771.00 |
| Monthly Payment | $0.00 |
| Collateral Value Amount | $0.00 |
| Principal Paid | $0.00 |
| Principal Owed | $0.00 |
| Principal Due Amount | $0.00 |
| Interest Rate % | 0.00 |
| Interest Paid | $0.00 |
| Interest Due Amount | $0.00 |
| Trustee Percent | 0.00 |

### CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | DEL ONE |
| Mailing Address | 270 BEISER BLVD. |
| | |
| | DOVER, DE 19904 |
| Contact Name | |
| Phone Number | |
| Creditor Number | 016103 |

### FLAGS

| | |
|---|---|
| No Check Indicator | Y |
| Stop Disburse Indicator | N |
| Continuing Indicator | N |
| Reserve Indicator | |

## Payment History

| Date | Check Number | Name Of Party | Description | Payment Amount | Total |
|---|---|---|---|---|---|

No records to display.

NOTICE: The information provided herein is based upon the best information available. The information is updated on a regular basis. Neither the Trustee nor the National Data Center certifies that the information is fully accurate or complete and users are cautioned to take any action based upon this information upon independent verification of the respective.

*This account is reported twice i as a joint account and I as an individual account. Both still have balances.*

# EXHIBIT H

## TRANSUNION'S CORRECTION OF THE SAME

## DISPUTED ACCOUNTS

| | 04/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 170 | 90 | 60 | 30 | OK | 30 | 60 | 30 | OK |

| | 08/2007 | 07/2007 | 06/2007 |
|---|---|---|---|
| Rating | 30 | OK | OK |

Request an investigation

### WSFS #20950****

500 DELAWARE AVE
WILMINGTON, DE 19801
(301) 792-6000

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 06/01/2011 | Balance: | $0 | Pay Status: | >Account included in Bankruptcy< |
| Responsibility: | Individual Account | Date Updated: | 04/16/2014 | | Paid Monthly |
| Account Type: | Open Account | High Balance: | $1,555 | Terms: | |
| Loan Type: | DEPOSIT ACCT (OVERDRAFT PROTECTION) | | | Date Closed: | 10/16/2012 |

Remarks: >CHAPTER 13 BANKRUPTCY<
Estimated month and year that this item will be removed: 07/2019

Request an investigation

## Satisfactory Accounts

The following accounts are reported with no adverse information. The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### AARONS SALES AND LEASE O #P1211****

1015 COBB PLACE BLVD
KENNESAW, GA 30144
(770) 426-7940

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 12/23/2006 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 06/16/2008 | | |
| Account Type: | Installment Account | Payment Received: | $0 | Terms: | $115 per month, paid Monthly for 18 Months |
| Loan Type: | LEASE | Last Payment Made: | 04/19/2008 | Date Closed: | 06/16/2008 |
| | | High Balance: | $2,100 | | |

Remarks: CLOSED

Request an investigation

### AARONS SALES AND LEASE O #P1211****

1015 COBB PLACE BLVD
KENNESAW, GA 30144
(770) 426-3948

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 12/21/2006 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 06/16/2008 | | |
| Account Type: | Installment Account | Payment Received: | $0 | Terms: | $160 per month, paid Monthly for 18 months |
| Loan Type: | LEASE | Last Payment Made: | 06/16/2008 | Date Closed: | 06/16/2008 |
| | | High Balance: | $2,930 | | |

Remarks: CLOSED

Request an investigation

### CAPITAL ONE #512025505367****

P O BOX 30273
SALT LAKE CITY, UT 84130-3253
(800) 477-6000

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 08/23/2010 | Date Updated: | 04/13/2013 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Payment Received: | | | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 02/13/2012 | Terms: | |
| Loan Type: | CREDIT CARD | | | Date Closed: | 10/04/2011 |
| | | | | Date Paid: | 02/11/2012 |

High Balance: High balance of $353 from 09/2011 to 02/2012, $253 from 04/2013 to 04/2013
Credit Limit: Credit limit of $370 from 09/2011 to 02/2012; $320 from 04/2013 to 04/2013

TransUnion Online Investigation Service: Credit Report and Request Details          Page 6 of 13

| SIOUX FALLS, SD 57107 | | | | | |
|---|---|---|---|---|---|
| (800) 961-5531 | | | | | |
| Date Opened: | 05/18/2012 | Balance: | $0 | Pay Status: | >Account Included in |
| Responsibility: | Individual Account | Date Updated: | 05/02/2013 | | Bankruptcy< |
| Account Type: | Revolving Account | Last Payment Made: | 05/13/2012 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $457 | Date Closed: | 11/05/2012 |
| | | Credit Limit: | $0 | | |

Remarks: >CHAPTER 13 BANKRUPTCY<
Estimated month and year that this item will be removed: 06/2019

Request an investigation

**FIRST PREMIER BANK #517760740698****
3820 N LOUISE AVE
SIOUX FALLS, SD 57107-0145
(800) 987-5521

| Date Opened: | 08/29/2010 | Balance: | $0 | Pay Status: | >Account Included in |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 04/19/2013 | | Bankruptcy< |
| Account Type: | Revolving Account | Last Payment Made: | 09/12/2012 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $549 | Date Closed: | 11/05/2012 |
| | | Credit Limit: | $0 | | |

Remarks: >CHAPTER 13 BANKRUPTCY<
Estimated month and year that this item will be removed: 07/2019

Request an investigation

**HSBC BANK #515899000092****
PO BOX 30253
SALT LAKE CITY, UT 84130
(800) 645-8050

| Date Opened: | 05/30/2006 | Balance: | $0 | Pay Status: | >Account paid in Full, was a |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 05/29/2009 | | Charge-off< |
| Account Type: | Revolving Account | Last Payment Made: | 03/20/2008 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $627 | Date Closed: | 08/01/2008 |
| | | Original Charge-off: | $800 | Date Paid: | 03/20/2008 |
| | | Credit Limit: | $300 | | |

Account Sale Info: ACCOUNT SOLD TO PORTFOLIO RECOVERY
Remarks: DISP INVG COMP-CONSUM DISAGRS; PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 04/2013

Request an investigation

**VERIZON #836500****
500 TECHNOLOGY DR
SUITE 300
WELDON SPRING, MO 63304
Phone number not available

| Date Opened: | 01/20/2008 | Balance: | $0 | Pay Status: | >Account Included in |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 03/04/2011 | | Bankruptcy< |
| Account Type: | Open Account | High Balance: | $0 | Date Closed: | 08/11/2012 |
| Loan Type: | UTILITY COMPANY | | | | |

Remarks: >CHAPTER 13 BANKRUPTCY<, ACCT INFO DISPUTED BY CONSUME, CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 03/2019

Request an investigation

**VERIZON WIRELESS #2211942930****
PO BOX 26055
MINNEAPOLIS, MN 55426
(800) 852-1922

| Date Opened: | 04/15/2008 | Balance: | $0 | Pay Status: | >Account Included in |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 08/31/2012 | | Bankruptcy< |
| Account Type: | Open Account | Last Payment Made: | 03/08/2011 | Date Closed: | 09/01/2010 |
| Loan Type: | TELECOMMUNICATIONS/CELLULAR | High Balance: | $127 | Date Paid: | 03/08/2011 |

Remarks: >CHAPTER 13 BANKRUPTCY<, ACCT INFO DISPUTED BY CONSUME
Estimated month and year that this item will be removed: 01/2017

Request an investigation

**WILSHIRE FINANCIAL SERVI #49662****
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065
(805) 520-5100

| Date Opened: | 06/01/2007 | Balance: | $0 | Pay Status: | >Account 120 Days Past Due |
|---|---|---|---|---|---|
| Responsibility: | Joint Account | Date Updated: | 03/01/2010 | | Date< |
| Loan Type: | MORTGAGE Account | Last Payment Made: | 02/01/2010 | Terms: | Monthly for 360 months |
| | CONVENTIONAL REAL ESTATE MTG | High Balance: | $402,000 | Date Closed: | 03/01/2010 |
| | | | | >Maximum Delinquency of 120 days in 09/2008 and in 03/2010< | |

Remarks: TRANSFERRED TO ANOTHER LENDER, TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 02/2016

TransUnion Online Investigation Service: Credit Report and Request Details          Page 4 of 13

Request an Investigation

**DEL-ONE FCU #462662832188****
170 BECKER BLVD
DOVER, DE 19904-7740
(302) 739-8399

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/03/2006 | Balance: | $0 | Pay Status: | >Account Included in Bankruptcy< |
| Responsibility: | Individual Account | Date Updated: | 11/18/2013 | | >Account Included in Bankruptcy< |
| Account Type: | Revolving Account | Last Payment Made: | 02/15/2013 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $4,326 | Date Closed: | 12/01/2009 |
| | | Credit Limit: | $3,500 | | |

Remarks: >CHAPTER 13 BANKRUPTCY<
Estimated month and year that this item will be removed: 02/2020

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X |

| | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | OK |

| | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | X | X | X | X | X | X | OK | OK |

| | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | X | X | OK | OK | OK | OK | OK |

| | 11/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 | 03/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |

| | 03/2007 | 01/2007 |
|---|---|---|
| Rating | X | X |

Request an Investigation

**DEL-ONE FCU #5523400****
170 BECKER BLVD
DOVER, DE 19901
(302) 734-4406

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/17/2006 | Balance: | $0 | Pay Status: | >Account Included in Bankruptcy< |
| Responsibility: | Individual Account | Date Updated: | 04/24/2013 | | |
| Account Type: | Installment Account | Last Payment Made: | 03/01/2013 | Terms: | $402 per month, paid monthly for 120 months |
| Loan Type: | AUTOMOBILE | High Balance: | $29,645 | Date Closed: | 04/24/2013 |

Remarks: >CHAPTER 13 BANKRUPTCY<
Estimated month and year that this item will be removed: 07/2018

Request an Investigation

**FEDLOAN SERVICING #6D97340303FD0****
POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 11/15/2010 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 03/28/2014 | | |
| Account Type: | Installment Account | Last Payment Made: | 03/07/2012 | Terms: | $50 per month, paid monthly for 37 months |
| Loan Type: | STUDENT LOAN | High Balance: | $783 | | |

Remarks: >CHAPTER 13 BANKRUPTCY<; ACCT INFO DISPUTED BY CONSUMER
Estimated month and year that this item will be removed: 02/2020

| | 03/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | X | X | X | X | X | X | X | X |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | X | X | OK | OK | OK | OK | OK | OK | OK |

| | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 |
|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK |

Request an Investigation

# EXHIBIT I

## VERIFICATION OF HOUSING COURSES TAKEN
## AS REQUIRED TO OBTAIN MORTGAGE, PERMISSION
## FROM TRUSTEE TO OBTAIN A MORTGAGE



CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO:

Toriano Giddens

IN RECOGNITION FOR SUCCESSFULLY COMPLETING

Home Buyer Education

EQUAL HOUSING
OPPORTUNITY

02 / 21 / 2014
Date of Completion

Thomas Simonton
Consumer Credit Counseling Service of Maryland
and Delaware, Inc.

HBE PRovider ID: 43-31-83
Consumer Credit Counseling Service of Maryland and Delaware, Inc. is a certified HUD counseling agency.
eHomeAmerica.com ID : 81555

Certificate #128

# CERTIFICATE OF ATTENDANCE – 2014 DSHA Homebuyer Fair

## This certificate represents that the following individual attended classes on this 5th day of April 2014.

Attendee _Tariana Gibbens_

| 1 HOUR CLASS | CLASS FACILATOR | ATTENDANCE VERIFIED BY HOUSING COUNSELOR |
|---|---|---|
| CREDIT, BUDGETING AND AVOIDING DEFAULT | CHELSEA BARRISH | |
| STRATEGIES FOR FINDING PROPERTIES | CAROL QUATTRO | |
| HOME MAINTANENCE & HOME INSPECTIONS | CHERYL MYERS | |
| DSHA HOMEOWNERSHIP PROGRAMS | BILL SALAMONE/JOAN FITZGERALD | |
| INSURANCE, CLOSING & SETTLEMENT | BILL WARD | |



For attending the 2014 DSHA Homebuyer's Fair the above attendee completed the following classes as acknowledged by HUD approved Housing Counseling Agency and the Delaware Federation of Housing Counselors (DFHC). Additional counseling may be required for attendee to be deemed Purchase Ready and receive their Certificate of Completion.

DFHC

OFFICE OF THE CHAPTER 13 TRUSTEE
FOR THE DISTRICT OF DELAWARE
824 MARKET STREET, SUITE 1002
P.O. BOX 1350
WILMINGTON, DELAWARE 19899-1350
(302) 656-0123
(302) 656-3660 (Facsimile)

MICHAEL B. JOSEPH, ESQUIRE
February 21, 2014

Mr. and Mrs. Toriano Giddens
229 Saxondale Lane
Dover, Delaware 19904

Re:  Chapter 13, Bk. Case No. 13-10470 (BLS)

Dear Mr. and Mrs. Giddens:

In reference to the above-captioned Chapter 13 case, please be advised that I hereby give permission for you to incur an indebtedness or make a loan for the purposes of obtaining mortgage financing. This is not a recommendation that credit be extended, and repayment must be made outside the Chapter 13 plan.

This consent is given on representation that the debt is to be incurred for the purpose of mortgage financing only. Please provide me with the proposed terms of the mortgage, such as amount, monthly payment, interest rate and length of the loan.

Also, please note that you may be required to contact your attorney for assistance as approval may be required by the Bankruptcy Court.

Should you have any questions, do not hesitate to contact our office. Thank you for your attention.

Very truly yours,

Michael B. Joseph

MBJ:jc

cc: Bradley S. Eaby, Esquire via facsimile

# EXHIBIT J

PREVIOUS EXPERIAN CREDIT REPORTS WITH

DISPUTED ACCOUNTS -10/14/13, 2/2/14, 2/20/14,

3/13/13 AND 3/31/14

# EXHIBIT J

## SAME DISPUTED ACCOUNTS ON PREVIOUS EXPERIAN
## CREDIT REPORTS FROM

### 10/14/13, 2/2/14, 2/20/14, 3/13/13 AND 3/31/14

Experian - Printable Full Report                                        Page 24 of 53

**Last Reported:**          **Responsibility:**          **Recent Payment:**
03/2010                     Joint with YASHICA GIDDENS   NA
Creditor's Statement: Account transferred to another lender

**Payment History:**

| 2010 | | 2009 | | | | | | | | | | | | 2008 | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | 120 | 120 | 90 | 60 | 30 | OK | ND | 30 | 60 | 30 | OK | 30 | OK | OK | OK | ND | ND | 180 | 180 |

| JUL | JUN | MAY | APR |
|-----|-----|-----|-----|
| 180 | ND | 120 | 60 |

**Account History:**
180 days past due as of Jul 2008 to Sep 2008
120 days past due as of Feb 2010, Jan 2010, May 2008
90 days past due as of Dec 2009
60 days past due as of Nov 2009, Jun 2009, Apr 2008
30 days past due as of Oct 2009, Jul 2009, May 2009, Mar 2009

**WILMINGTON SAVINGS FUND SOCIETY**
**Address:**                    **Account Number:**
500 DELAWARE AVE               20950...
WILMINGTON, DE 19801
*No phone number available*
**Address Identification Number:**
0859766476
**Status:** Petition for Chapter 13 Bankruptcy. $1,355 written off.     **Status Details:** This account is scheduled to continue on
$1,355 past due as of Mar 2013.                                          record until Aug 2019.
                                                                         This item remained unchanged from our processing of your
                                                                         dispute in Jul 2013.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 08/2011 | Deposit | $1,355 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 01/2013 | 1 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 03/2013 | $0 | $1,355 as of 03/2013 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 03/2013 | Individual | $0 |

**Payment History:**

| 2013 |
|------|
| JAN |
| CO |

**Account History:**
Charge Off as of Jan 2013
Filed Chapter 13 Bankruptcy on Mar 11, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2013: $1,355 / no data / no data / no data

The original amount of this account was $1,355

## Accounts in Good Standing                                          back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

| 30 | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | 30 |

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC 2008 | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| 30 | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 | OK | OK | 30 | OK | OK | 60 | 30 | 30 |

| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC 2006 | NOV |
| 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
60 days past due as of Jun 2008
30 days past due as of Apr 2012, Aug 2011, Jul 2011, Jan 2011,
Dec 2010, May 2010 to Sep 2010, Jun 2009 to Dec 2009, Dec
2008, Aug 2008, Jan 2008 to May 2008


**DEL-ONE FED CRED UNION**
**Address:**                          **Account Number:**
270 BEISER BLVD                       452662632188 ...
DOVER, DE 19904
*No phone number available*
**Address Identification Number:**
0659786478

**Status:**  Petition for Chapter 13 Bankruptcy. $2,450 written off       **Status Details:**  This account is scheduled to continue on
$2,450 past due as of Oct 2013.                                           record until Apr 2020.
                                                                          This item was updated from our processing of your dispute in Jul
                                                                          2013.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 11/2006 | Credit card | $3,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 03/2007 | NA | $4,328 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 04/2013 | $0 | $2,450 as of 10/2013 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 10/2013 | Individual | $0 |

**Your Statement:**
PAYMENTS WERE MADE IN COMPLIANCE WITH THE
NEGOTIATED SCHEDULE.

**Payment History:**

| 2013 |  |  | 2012 |  |  |  |  |  |  |  |  |  |  |  | 2011 |  |  |  |  |
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC 2010 | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC 2009 |
| OK | OK | OK | OK | OK | 180 | 150 | 150 | 120 | 180 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | 30 | 60 |

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC 2008 | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 30 | OK |

| MAR | FEB | JAN | DEC 2007 | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
, Feb 2011, Nov 2010
, Jan 2011, Oct 2010
, Dec 2010, Sep 2010
, Feb 2013, Aug 2012, Aug 2010
, Jan 2013, Sep 2012, Jul 2010, Dec 2009
, Dec 2012, Jun 2012, May 2012, Jun 2010, Feb 2010, Jan 2010,
Nov 2009, Jun 2008, May 2008
Filed Chapter 13 Bankruptcy on Apr 09, 2013


FEDERAL LOAN SERVICING/PHEAA

**Status:** Petition for Chapter 13 Bankruptcy, $1,143 past due as of Feb 2013.

**Status Details:** This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Sep 2012

| | | |
|---|---|---|
| **Date Opened:** 11/2006 | **Type:** Auto Loan | **Credit Limit/Original Amount:** $27,258 |
| **Reported Since:** 05/2012 | **Terms:** 72 Months | **High Balance:** NA |
| **Date of Status:** 05/2013 | **Monthly Payment:** $0 | **Recent Balance:** $25,498 as of 02/2013 |
| **Last Reported:** 02/2013 | **Responsibility:** Joint with YASHICA QIDDENS | **Recent Payment:** $291 |

**Payment History:**

| 2013 | | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | |
| 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 | |

**Account History:**
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013
Filed Chapter 13 Bankruptcy on May 31, 2013

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Feb 2013: $25,498 / February 2, 2013 / $290 / $291
Jan 2013: $25,692 / January 30, 2013 / $290 / $291
Dec 2012: $25,771 / December 28, 2012 / $290 / $291
Nov 2012: $25,878 / November 30, 2012 / $290 / $291
Oct 2012: $25,902 / October 19, 2012 / $290 / $290
Sep 2012: $26,026 / September 24, 2012 / $290 / $290
Sep 2012: $26,114 / August 24, 2012 / $290 / $291
Jul 2012: $26,333 / July 2, 2012 / $290 / $290
Jun 2012: $26,333 / May 24, 2012 / $290 / $290

The original amount of this account was $27,258

---

**DEL-ONE FCU/LSI**

| | |
|---|---|
| **Address:** 270 BEISER BLVD DOVER, DE 19904 *No phone number available* | **Account Number:** 552... |
| **Address Identification Number:** 0843835365 | |

**Status:** Transferred, closed.

**Status Details:**
This item was updated from our processing of your dispute in Jul 2013.

| | | |
|---|---|---|
| **Date Opened:** 11/2006 | **Type:** Auto Loan | **Credit Limit/Original Amount:** $27,258 |
| **Reported Since:** 11/2006 | **Terms:** 72 Months | **High Balance:** NA |
| **Date of Status:** 05/2012 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 03/2013 | **Responsibility:** Individual | **Recent Payment:** NA |

**Your Statement:**
PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE.

**Creditor's Statement:** Account closed due to transfer.

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | |
| CLS | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 30 | OK | OK | OK | OK | OK | OK | OK | ND | |

| | | | | | | 2010 | | | | | | | | | | | | | | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | |

Experian - Printable Full Report                                    Page 8 of 53

**Address:**                    **Account Number:**
270 BEISER BLVD                 5523400...
DOVER, DE 19904
*No phone number available*
**Address Identification Number:**
0659786476

**Status:** Petition for Chapter 13 Bankruptcy. $3,347 past due as    **Status Details:** This account is scheduled to continue on
of Sep 2013.                                                          record until Aug 2016.
                                                                      This item was updated from our processing of your dispute in
                                                                      Sep 2012.

**Date Opened:**                **Type:**                    **Credit Limit/Original Amount:**
11/2008                         Auto Loan                    $35,845
**Reported Since:**             **Terms:**                    **High Balance:**
11/2008                         120 Months                   NA
**Date of Status:**             **Monthly Payment:**          **Recent Balance:**
07/2013                         $342                          $31,985 as of 09/2013
**Last Reported:**              **Responsibility:**           **Recent Payment:**
09/2013                         Individual                   $381

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | 2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| 90 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | 30 |

| | | | | 2010 | | | | | | | | | | | 2009 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| 30 | OK | OK | OK | OK | OK | 30 | 30 | OK | OK | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 |

| | | | | | | | | 2008 | | | | | | | 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| 30 | 30 | OK | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | 30 | 30 |

| | | | 2007 | | | | | | | | | | | | 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
90 days past due as of Mar 2013
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013, Apr 2012, Aug
2011, Jul 2011, Jan 2011, Dec 2010, May 2010 to Sep 2010, Jun
2009 to Dec 2009, Dec 2008, Feb 2008 to May 2008
Filed Chapter 13 Bankruptcy on July 25, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Aug 2013: $31,985 / August 18, 2013 / $342 / $381
Jul 2013: $32,366 / March 1, 2013 / $343
Mar 2013: $32,366 / March 1, 2013 / $343
Feb 2013: $32,345 / February 2, 2013 / $342 / $343
Jan 2013: $32,512 / January 30, 2013 / $342 / $343
Dec 2012: $32,628 / December 28, 2012 / $342 / $343
Nov 2012: $32,773 / November 30, 2012 / $342 / $343
Oct 2012: $32,836 / October 19, 2012 / $342 / $342
Sep 2012: $32,997 / September 24, 2012 / $342 / $342
Sep 2012: $33,122 / August 24, 2012 / $342 / $344
Jul 2012: $33,444 / July 2, 2012 / $342 / $342
Jun 2012: $33,524 / May 24, 2012 / $342 / $342

The original amount of this account was $35,845

**DEL-ONE FCU/LSI**
**Address:**                    **Account Number:**
270 BEISER BLVD                 5523400...
DOVER, DE 19904
*No phone number available*
**Address Identification Number:**
0659786476

Experian - Printable Full Report                                    Page 15 of 53

| Date of Status: | Monthly Payment: | Recent Balance: |
|---|---|---|
| 04/2013 | $0 | $0 as of 04/2013 |
| Last Reported: | Responsibility: | Recent Payment: |
| 04/2013 | Individual | $44 |

**Creditor's Statement:** Account closed at credit grantor's request.

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | | 2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| 180 | 180 | 150 | 120 | 90 | 60 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JUL | JUN | MAY | APR |
|---|---|---|---|
| OK | OK | OK | OK |

**Account History:**
180 days past due as of Mar 2013, Feb 2013
150 days past due as of Jan 2013
120 days past due as of Dec 2012
90 days past due as of Nov 2012
60 days past due as of Oct 2012
30 days past due as of Sep 2012, Aug 2012
Filed Chapter 13 Bankruptcy on Apr 14, 2013

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Mar 2013: $548 / September 12, 2012 / no data / $44
Feb 2013: $522 / September 12, 2012 / $37 / no data
Jan 2013: $497 / September 12, 2012 / $35 / no data
Dec 2012: $474 / September 12, 2012 / $34 / no data
Nov 2012: $451 / September 12, 2012 / $32 / no data
Oct 2012: $390 / September 12, 2012 / $30 / $44
Sep 2012: $409 / August 27, 2012 / $30 / no data
Aug 2012: $217 / July 3, 2012 / $30 / no data
Jul 2012: $172 / July 3, 2012 / $30 / $150
Jun 2012: $270 / May 24, 2012 / $30 / $51
May 2012: $301 / April 24, 2012 / $30 / $57
Apr 2012: $307 / March 11, 2012 / $30 / $100
Mar 2012: $334 / January 11, 2012 / $30 / no data
Feb 2012: $282 / January 11, 2012 / $30 / $100
Jan 2012: $145 / December 29, 2011 / $30 / $175
Dec 2011: $314 / December 4, 2011 / $30 / $30
Nov 2011: $292 / October 12, 2011 / $30 / $40
Oct 2011: $308 / September 28, 2011 / $30 / $351

Between Oct 2011 and Mar 2013, your credit limit/high balance was $300

**FIRST PREMIER BANK**
| Address: | Account Number: |
|---|---|
| 601 S MINNESOTA AVE | 517800639912.... |
| SIOUX FALLS, SD 57104 | |
| (800) 987-5521 | |

Address Identification Number:
0659789478

**Status:** Petition for Chapter 13 Bankruptcy. $457 written off. $457 past due as of May 2013.

**Status Details:** This account is scheduled to continue on record until Sep 2019.
This item was updated from our processing of your dispute in Jul 2013

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2012 | Credit card | NA |
| Reported Since: | Terms: | High Balance: |
| 04/2012 | NA | $457 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 05/2013 | $0 | $457 as of 05/2013 |

**TORIANO A GIDDENS**
Report As Of: 2/2/2014



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**DEL-ONE FEDERAL CU**

Unknown

302-739-6496

150 E WATER ST
DOVER, DE 19901

| | |
|---|---|
| Account Name | DEL-ONE FEDERAL CU |
| Account # | 552XXXX |
| Account Type | Auto Loan |
| Balance | |
| Past Due | |
| Date Opened | 11/1/2006 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Account transferred to another office |
| High Balance | |
| Limit | |
| Terms | 72 Months |
| Comments | Account closed due to transfer or refinance |

**24/Mo Payment History**

| | 2011 | | | | | | | 2012 | | | | | | | | | | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | OK | OK | OK | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | 30 | ND | ND | ND | ND | ND | ND | ND | ND | OK |

Equifax — TransUnion —

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com



**PHEAA/BRAZOS/AMERI**

Unknown

No Phone Provided

680 BOAS ST
HARRISBURG, PA 17102

| | |
|---|---|
| Account Name | PHEAA/BRAZOS/AMERI |
| Account # | 226064217XXXXX |
| Account Type | Education Loan |
| Balance | |
| Past Due | |
| Date Opened | 4/1/2004 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Account transferred to another office |
| High Balance | |
| Limit | |
| Terms | 358 Months |
| Comments | Account closed due to transfer or refinance |

**24/Mo Payment History**

| | 2002 | 2003 | | | | | | | | | | | | 2004 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | | | | | | | | | | | | | | | | | | OK | OK | ND | OK | OK | OK | OK |

Equifax — TransUnion —

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

TORIANO A GIDDENS
Report As Of· 2/2/2014



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



### DEL-ONE FED CRED UNION

Current Closed

302-739-4498
150 E WATER ST
DOVER, DE 19901

| | |
|---|---|
| Account Name | DEL-ONE FED CRED UNION |
| Account # | 462462832138XXXX |
| Account Type | Credit Card |
| Balance | $2,450.80 |
| Past Due | $2,450.80 |
| Date Opened | 11/1/2008 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | $3,500.00 |
| Terms | Revolving |
| Comments | |

**Equifax** — **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

#### 24/No Payment History

| | 2011 | | | | | | | 2012 | | | | | | | | | | | | 2013 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 30 | 60 | 90 | 60 | OK | OK | 30 | 60 | 90 | OK | PP |



### DEL-ONE FEDERAL CU

Current Closed

302-739-4498
150 E WATER ST
DOVER, DE 19901

| | |
|---|---|
| Account Name | DEL-ONE FEDERAL CU |
| Account # | 553340XXXX |
| Account Type | Auto Loan |
| Balance | $25,496.00 |
| Past Due | $1,143.00 |
| Date Opened | 11/1/2008 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | |
| Terms | 72 Months |
| Comments | |

**Equifax** — **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

#### 24/No Payment History

| | 2011 | | | | | | | 2012 | | | | | | | | | | | | 2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | | | | | | | | | | | 60 | 60 | ND | 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | ND | PP |

**TORIANO A GIDDENS**
Report As Of: 2/2/2014

 Experian

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues



### DEL-ONE FEDERAL CU

Current Closed

302-739-4498
150 E WATER ST
DOVER, DE 19901

| | |
|---|---|
| Account Name | DEL-ONE FEDERAL CU |
| Account # | 5523400XXXX |
| Account Type | Auto Loan |
| Balance | $0.00 |
| Past Due | |
| Date Opened | 11/1/2008 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | |
| Terms | 120 Months |
| Comments | |

**Equifax** — **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log in Now!
www.FreeCreditReport.com

#### 24/Mo Payment History

| | 2011 | | | | | | 2012 | | | | | | | | | | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | OK | OK | OK | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | ND | 30 | 30 | 30 | 30 | 30 | 30 | 30 | PP |



### FED LOAN SERV

Current Closed

717-720-1985
PO BOX 69184
HARRISBURG, PA 17106

| | |
|---|---|
| Account Name | FED LOAN SERV |
| Account # | 6097340303FD0XXXX |
| Account Type | Education Loan |
| Balance | $780.00 |
| Past Due | |
| Date Opened | 11/1/2010 |
| Account Status | Closed |
| Mo. Payment | $50.00 |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | |
| Terms | 17 Months |
| Comments | Account in dispute reported by subscriber |

**Equifax** **TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price

Log in Now!
www.FreeCreditReport.com

#### 24/Mo Payment History

| | 2011 | 2012 | | | | | | | | | | | 2013 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | PP |

TORIANO A GIDDENS
Report As Of: 2/2/2014



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**FED LOAN SERV**

16 Current Closed

717-720-1985

PO BOX 69184
HARRISBURG, PA 17106

| | |
|---|---|
| Account Name | FED LOAN SERV |
| Account # | 6097340303FD6XXXX |
| Account Type | Education Loan |
| Balance | $74,898.00 |
| Past Due | |
| Date Opened | 10/1/2004 |
| Account Status | Closed |
| Mo. Payment | $370.00 |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | |
| Terms | 356 Months |
| Comments | Account in dispute-reported by subscriber |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log in Now!
www.FreeCreditReport.com

**24/Mo Payment History**

| | 2011 | 2012 | | | | | | | | | | | | 2013 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | PP |



**FIRST PREMIER BANK**

16 Current Closed

605-357-3440

601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

| | |
|---|---|
| Account Name | FIRST PREMIER BANK |
| Account # | 517800639912XXXX |
| Account Type | Credit Card |
| Balance | $467.00 |
| Past Due | $467.00 |
| Date Opened | 5/1/2012 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | $0.00 |
| Terms | Revolving |
| Comments | |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log in Now!
www.FreeCreditReport.com

**24/Mo Payment History**

| | 2011 | | | | | | | 2012 | | | | | | | | | | | | 2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
| Experian | | | | | | | | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | KD | KD | KD | KD | KD | KD | KD | PP |

TORIANO A GIDDENS
Report As Of: 2/2/2014



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**WELLS FARGO BANK** — Experian — Equifax — TransUnion

Current Closed

800-642-4720

PO BOX 14517
DES MOINES, IA 50306

| | |
|---|---|
| Account Name | WELLS FARGO BANK |
| Account # | 442644XXXX |
| Account Type | Secured Credit Card |
| Balance | |
| Past Due | |
| Date Opened | 1/1/2013 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Paid satisfactorily |
| High Balance | |
| Limit | $1,000.00 |
| Terms | Revolving |
| Comments | Credit line closed-grantor request-reported by subscriber |

**Equifax — TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

24/Mo Payment History

| | 2011 | | | | | | | | | | | | 2012 | | | | | | | | | | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | OK |



**WSFS** — Experian — Equifax — TransUnion

Current Closed

302-283-4500

500 DELAWARE AVE
WILMINGTON, DE 19801

| | |
|---|---|
| Account Name | WSFS |
| Account # | 20050XXXX |
| Account Type | Deposit Related |
| Balance | $1,355.00 |
| Past Due | $1,355.00 |
| Date Opened | 8/1/2011 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 |
| High Balance | |
| Limit | |
| Terms | 1 Month |
| Comments | |

**Equifax — TransUnion**

What's missing from this picture?

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

24/Mo Payment History

| | 2012 | | | | | | | | | | | | 2013 | | | | | | | | | | | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Experian | | | | | | | | | | | | KD | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | PP |

Personal Information      Report Summary      Bankruptcies      Credit Inquires      Credit Cards & Loans *Page 27 of 27*      Credit Score

**Experian**

Prepared for: TORIANO A GIDDENS
Date: February 20, 2014
Report number: 0367-4525-30

Page 7 of 38

Your accounts that may be considered negative (continued)

**CAPITOL CREDIT SERVICES**
872 WALKER RD STE B
DOVER DE 19904
Phone number
(800) 272 0200
Partial account number
1701177375
Address identification number
0575561925
Original creditor ALOE AND CARR
P.A.

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Dec 2007 | Collection | $77 | Not reported | Individual |
| First reported | Terms | High balance | | Status |
| Dec 2007 | 1 Months | Not reported | | Paid, Closed. |
| Date of status | Monthly payment | | | Comment |
| May 2010 | Not reported | | | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). |

This item was updated from our processing of your dispute in Aug 2006.

Payment history
2010 2009
MAY MAR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC

**DEL-ONE FED CRED UNION**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
462662832188
Address identification number
0859768476

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Nov 2006 | Credit card | $3,500 | $2,450 as of Nov 2013 | Individual |
| First reported | Terms | High balance | | Status |
| Mar 2007 | Not reported | $4,326 | | Petition for Chapter 13 Bankruptcy, $2,450 written off. $2,450 past due as of Nov 2013. |
| Date of status | Monthly payment | | | This account is scheduled to continue on record until Mar 2020. |
| Mar 2013 | Not reported | | | |

Your statement
"PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE "
This item was updated from our processing of your dispute in Feb 2014.
Account History
Filed Chapter 13 Bankruptcy on Mar 08, 2013.

Payment history
2013 2012 2011 2010 2009
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP
2008 2007
AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP

0250183478

Experian

Prepared for: TORIANO A GIDDENS
Date: February 20, 2014
Report number: 0367-4525-30

Your accounts that may be considered negative (continued)

**DEL-ONE FEDERAL CU**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
5523400...
Address identification number
0659786476

| | | |
|---|---|---|
| Date opened | Type | Credit limit or |
| Nov 2006 | Auto Loan | original amount |
| First reported | Terms | $35,845 |
| Jan 2007 | 120 Months | High balance |
| Date of status | Monthly | Not reported |
| Mar 2013 | payment | |
| | $342 | |

Recent balance
$33,966 as of Jan 2014
Recent payment
$401

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy, $4,717 past due as o' Jan 2014.
This account is scheduled to continue on record until Apr 2019.
This item was updated from our processing of your dispute in Feb 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013.

Payment history

**2013**
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

**2012**
AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN

Account history   If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the detail those payments were made. ND = No Data.

Balance = Actual balance (#)   Date = Date payment (received)   Sched = Scheduled payment amount (#)   PDue = Actual amount (#..#)

| | Oct13 | Aug13 | Jun13 | Mar13 | Mar13 | Feb13 | Jan13 | Dec13 | Mar13 | Feb13 | Jan13 | Oct13 | Sep12 | Jul13 | Jun12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,993 | 32,966 | 32,386 | 32,572 | 32,245 | 32,526 | 12,771 | 32,526 | 32,567 | 32,287 | 33,444 | 33,584 | | | |
| | Oct17 | Aug16 | May21 | Jan30 | Nov30 | Oct16 | Sep24 | Aug24 | Jul02 | | | | | | |
| | ND | 342 | 342 | 342 | 342 | 342 | 342 | 342 | 342 | | | | | | |
| | A21 | 343 | 343 | 343 | 343 | 343 | 342 | 342 | 342 | | | | | | |

Balance as a part of this account was $35,845

**DEL-ONE FEDERAL CU**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
5523400...
Address identification number
0659786476

| | | |
|---|---|---|
| Date opened | Type | Credit limit or |
| Nov 2006 | Auto Loan | original amount |
| First reported | Terms | $27,256 |
| May 2012 | 72 Months | High balance |
| Date of status | Monthly | Not reported |
| Mar 2013 | payment | |
| | Not reported | |

Recent balance
$25,498 as of Feb 2013
Recent payment
$281

**Responsibility**
Joint with
YASHICA GIDDENS
**Status**
Petition for Chapter 13 Bankruptcy $1,143 past due as of Feb 2013
This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Feb 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013.

0250183478

Experian

Prepared for: TORIANO A GIDDENS
Date: February 20, 2014
Report number: 0387-4325-30

Page 9 of 35

Your accounts that may be considered negative (continued)

Payment history
2013    2012
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY

Account History — If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Sep12 | Jul12 | Jul12 | Jun12 |
|---|---|---|---|---|---|---|---|---|---|---|
| ← Account balance ($) | | | | | | | | | | |
| | 25,466 | 7,682 | 24,771 | 21,819 | 25,462 | 26,008 | 26,114 | 26,333 | 26,533 | |
| | 290 | ipoOu | Dec28 | Nov30 | Oct19 | Sep24 | Aug24 | Au502 | May24 | |
| | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | 290 | |
| | 291 | 291 | 291 | 290 | 291 | 291 | 290 | 290 | 290 | |

← The original amount of this account was $27,256.

| DEL-ONE FEDERAL CU | | | |
|---|---|---|---|
| 270 BEISER BLVD | Date opened | Nov 2006 | Type: Auto Loan |
| DOVER DE 19904 | First reported | Nov 2006 | Terms: 72 Months |
| No phone number available | Date of status | May 2012 | Monthly payment |
| Partial account number | | | Not reported |
| 552... | | | |
| Address identification number | | | |
| 0643635265 | | | |

Credit limit or original amount: $27,256
High balance: Not reported

Recent balance: Not reported

Responsibility
Individual
Status
Transferred, closed.
Your statement
"PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."
Comment:
Account closed due to transfer.
This item was updated from our processing of your dispute in Jul 2013.

Payment history
2013    2012    2011    2010    2009    2008
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT
SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV

0250183478

**Experian**

Prepared for: TORIANO A GIDDENS
Date: February 20, 2014
Report number: 0357-4525-30

Your accounts that may be considered negative (continued)

**FIRST PREMIER BANK**
601 S MINNESOTA AVE
SIOUX FALLS SD 57104
Phone number
(800) 987 5521
Partial account number
51780263901?...
Address identification number
0659786476

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | May 2012 | Credit card | original amount | $457 as of May |
| | First reported | Terms | Not reported | 2013 |
| | Apr 2012 | Not reported | High balance | Recent payment |
| | Date of status | Monthly | $457 | $51 |
| | Mar 2013 | payment | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy $457 written off. $457
past due as of May 2013.
This account is scheduled to continue on record until Sep
2019
This item was updated from our processing of your dispute in
Feb. 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

Payment history
2013    2012
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR

A account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates these payments were made. NO NoData.

●●● = Account balance ($)    ●●● = Date payment received    = Scheduled payment amount ($)    ● = Actual amount received

| | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 |
|---|---|---|---|---|---|---|---|---|---|
| | 457 | 457 | 445 | 386 | 347 | 246 | 189 | 329 | 73 |
| | Sep13 | Sep13 | Sep13 | Sep13 | Jul03 | Jul03 | NO | NO | NO |
| | NO | NO | 32 | 30 | 30 | 30 | 30 | NO | ND |
| | 51 | ND | NO | 51 | NO | 150 | NO | ND | |

Balances May 2012 thru Jan 2013; your credit limit/high balance was $300

**HSBC BANK**
P.O. BOX 9
BUFFALO NY 14240
Phone number
(888) 385 8916
Partial account number
515690000092...
Address identification number
0643635365
Sold to: PORTFOLIO RECOVERY

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | May 2006 | Credit card | original amount | $0 as of Mar 2013 |
| | First reported | Terms | $300 | Recent payment |
| | May 2009 | Not reported | High balance | $40 |
| | Date of status | Monthly | $627 | |
| | Mar 2013 | payment | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy
**Comment**
Completed investigation of FCRA dispute - consumer
disagrees
**Your statement**
"ACCOUNT WAS PAID BEFORE BEING TURNED OVER TO
A COLLECTION AGENCY"
**Comment:**
Purchased by another lender.
This item was updated from our processing of your dispute in
Feb. 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

0250183478

Prepared for: TORIANO A GIDDENS
Date: February 20, 2014
Report number: 0367-4525-30

Your accounts that may be considered negative (continued)

Payment history
2010                                          2009
AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN
                                                                                                                          2007

**WILSHIRE CREDIT CORP**
450 AMERICAN ST # SV418
SIMI VALLEY CA 93065
Phone number
(800) 669 6607
Partial account number
496...
Address Identification number
0643835365
Mortgage Identification Number
100425240014579749

| | | |
|---|---|---|
| Date opened | Type | Credit limit or |
| Jun 2007 | Mortgage | original amount |
| First reported | Terms | $432,000 |
| Apr 2008 | 50 Years | High balance |
| Date of status | Monthly | Not reported |
| Mar 2010 | payment | Recent balance |
| | Not reported | Not reported |

Responsibility
Joint with
YASHICA GIDDENS
Status
Transferred closed.
Comment:
Account transferred to another lender.
This item remained unchanged from our processing of your dispute in Sep 2010.

Payment history
2010                              2009                           2008
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR

**WILMINGTON SAVINGS FUND SOCIETY**
500 DELAWARE AVE
WILMINGTON DE 19801
No phone number available
Partial account number
20950...
Address identification number
0659796476

| | | |
|---|---|---|
| Date opened | Type | Credit limit or |
| Aug 2011 | Deposit | original amount |
| First reported | Terms | $1,355 |
| Jan 2013 | 1 Months | High balance |
| Date of status | Monthly | Not reported |
| Mar 2013 | payment | Recent balance |
| | Not reported | $1,355 as of Jan 2014 |

Responsibility
Individual
Status
Petition for Chapter 13 Bankruptcy $1,355 written off. $1,355 past due as of Jan 2014.
This account is scheduled to continue on record until Aug 2019.
This item was updated from our processing of your dispute in Feb 2014
Account History
Filed Chapter 13 Bankruptcy on Mar 08 2013

Payment history
2013
JAN

0250183478

Experian

Page 7 of 36

Prepared for: **TORIANO A GIDDENS**
Date: March 13, 2014
Report number: 0367-4525-30

Your accounts that may be considered negative (continued)

**CAPITOL CREDIT SERVICES**
872 WALKER RD STE B
DOVER DE 19904
Phone number
(800) 272 0200
Partial account number
1701177375
Address identification number
0675961925
Original creditor ALOE AND CARR
P.A.

| | |
|---|---|
| Date opened | Dec 2007 |
| First reported | Dec 2007 |
| Date of status | May 2010 |

Type Collection
Terms 1 Months
Monthly payment Not reported

Credit limit or original amount $77
High balance Not reported

Recent balance Not reported

**Responsibility** Individual
**Status** Paid, Closed
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Aug 2008.

Payment history

2010   2009   2008   2007
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC

**DEL-ONE FED CRED UNION**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
4626528321B8
Address identification number
0559786476

| | |
|---|---|
| Date opened | Nov 2006 |
| First reported | Mar 2007 |
| Date of status | Mar 2013 |

Type Credit card
Terms Not reported
Monthly payment Not reported

Credit limit or original amount $3,500
High balance $4,326

Recent balance $2,450 as of Nov 2013

**Responsibility** Individual
**Status** Petition for Chapter 13 Bankruptcy. $2,450 written off. $2,450 past due as of Nov 2013.
This account is scheduled to continue on record until Mar 2020.
**Your statement**
"PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."
This item was updated from our processing of your dispute in Feb 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

2011   2010   2009
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP

2008   2007
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR

Payment history
2013   2012   2011
AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR

0250183478

Experian

Prepared for: TORIANO A GIDDENS
Date: March 13, 2014
Report number: 0367-4525-30

Page 8 of 36

## Your accounts that may be considered negative (continued)

**DEL-ONE FEDERAL CU**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
5523400
Address identification number
0659786476

| | |
|---|---|
| Date opened | Nov 2006 |
| First reported | Jan 2007 |
| Date of status | Mar 2013 |

| | |
|---|---|
| Type | Auto Loan |
| Terms | 120 Months |
| Monthly payment | $342 |

| | |
|---|---|
| Credit limit or original amount | $35,845 |
| High balance | Not reported |

| | |
|---|---|
| Recent balance | $33,969 as of Feb 2014 |
| Recent payment | $401 |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy $5,060 past due as of Feb 2014.
This account is scheduled to continue on record until Apr 2019.
This item was updated from our processing of your dispute in Feb 2014
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

Payment history

Account history  If your creditor reported your account balances to us, we list them in the section as additional information about your account. Your balance history may also include your credit line and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. NO  No Data

The reported amount of this account was $35,845

---

**DEL-ONE FEDERAL CU**
270 BEISER BLVD
DOVER DE 19904
No phone number available
Partial account number
5523400
Address identification number
0659786476

| | |
|---|---|
| Date opened | Nov 2008 |
| First reported | May 2012 |
| Date of status | Mar 2013 |

| | |
|---|---|
| Type | Auto Loan |
| Terms | 72 Months |
| Monthly payment | Not reported |

| | |
|---|---|
| Credit limit or original amount | $27,256 |
| High balance | Not reported |

| | |
|---|---|
| Recent balance | $25,498 as of Feb 2013 |
| Recent payment | $291 |

**Responsibility**
Joint with
YASHICA GIDDENS
**Status**
Petition for Chapter 13 Bankruptcy, $1,143 past due as of Feb 2013.
This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Feb 2014
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

0250183478



Experian

## Your accounts that may be considered negative (continued)

Payment history
2013   2012
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY

Account history — If your creditor reported your account balance to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

* Date payment received        * Scheduled payment amount         * Actual amount paid

* Account balance ($)

| | Feb13 | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 |
|---|---|---|---|---|---|---|---|---|---|
| | 28,498 | 28,582 | 28,771 | 28,676 | 28,922 | 29,028 | 28,114 | 28,333 | 28,333 |
| | Feb02 | Jan30 | Dec28 | Nov00 | Oct16 | Sep24 | Aug24 | Jul02 | May04 |
| | 290 | 290 | 290 | 290 | 285 | 290 | 290 | 290 | 290 |
| | 291 | 291 | 291 | 290 | 290 | 291 | 291 | 290 | 290 |

▶ The original amount of this account was $27,256

| | Date opened | Credit limit or original amount | Responsibility |
|---|---|---|---|
| DEL-ONE FEDERAL CU | Nov 2006 | $27,256 | Individual |
| 270 BEISER BLVD | **First reported** | **High balance** | **Status** |
| DOVER DE 19904 | Nov 2006 | Not reported | Transferred, closed |
| No phone number available | **Date of status** | **Type** | **Your statement** |
| Partial account number | May 2012 | Auto Loan | "PAYMENTS WERE MADE IN COMPLIANCE WITH THE |
| 552... | | **Terms** | NEGOTIATED SCHEDULE " |
| Address identification number | | 72 Months | **Comment:** |
| 0643635365 | | **Monthly payment** | Account closed due to transfer. |
| | | Not reported | This item was updated from our processing of your dispute in |
| | | | Jul 2013 |

|  | **Recent balance** |
|---|---|
| | Not reported |

Payment history
2013   2012
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

2011
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

2010
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT

2009
DEC NOV OCT

2008   2007   2006
SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV

0250183478

**Experian**

Prepared for: **TORIANO A GIDDENS**
Date: March 13, 2014
Report number: 0367-4525-30

Your accounts that may be considered negative (continued)

**FIRST PREMIER BANK**
601 S MINNESOTA AVE
SIOUX FALLS SD 57104
Phone number
(800) 987 5521
Partial account number
517800639912......
Address identification number
0659786476

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | May 2012 | Credit card | original amount | $457 as of May |
| | First reported | Terms | Not reported | 2013 |
| | Apr 2012 | Not reported | High balance | Recent payment |
| | Date of status | Monthly | $457 | $51 |
| | Mar 2013 | payment | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy. $457 written off. $457
past due as of May 2013.
This account is scheduled to continue on record until Sep
2019.
This item was updated from our processing of your dispute in
Feb 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

Payment host

| | 2013 | | | 2012 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | | |
| | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |

Account history  If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or
the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND No Data.

| | | | = Account balance ($) | | | | CPD = Date payment received | | = Scheduled payment amount ($ ) | | = Actual amount paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Jan13 | Dec12 | Nov12 | Oct12 | Sep12 | Aug12 | Jul12 | Jun12 | May12 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 457 | 457 | 443 | 386 | 347 | 318 | 165 | | |
| | Sep13 | Sep13 | Sep13 | Sep13 | Jul03 | Jul03 | | | |
| CPD | NO | NO | 32 | 30 | 30 | 30 | 30 | | |
| | 51 | ND | ND | 51 | ND | 150 | ND | | |

* Between May 2012 and Jan 2013, your credit limit/high balance was $300.

**HSBC BANK**
PO BOX 9
BUFFALO NY 14240
Phone number
(888) 385 6916
Partial account number
515599000062......
Address identification number
0643635365
Sold to: PORTFOLIO RECOVERY

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | May 2006 | Credit card | original amount | $0 as of Mar 2013 |
| | First reported | Terms | $300 | Recent payment |
| | May 2009 | Not reported | High balance | $40 |
| | Date of status | Monthly | $627 | |
| | Mar 2013 | payment | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy
**Comment**
Completed investigation of FCRA dispute - consumer
disagrees.
**Your statement**
"ACCOUNT WAS PAID BEFORE BEING TURNED OVER TO
A COLLECTION AGENCY".
**Comment:**
Purchased by another lender
This item was updated from our processing of your dispute in
Feb 2014.
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

0250183478

Experian
A world of insight

Page 18 of 36

Prepared for: **TORIANO A GIDDENS**
Date: March 13, 2014
Report number: 0367-4525-30

Your accounts (that may be considered negative) (continued)

**WILSHIRE CREDIT CORP**
450 AMERICAN ST # SV416
SIMI VALLEY CA 93065
Phone number
(800) 669 6607
Partial account number
408
Address Identification number
0843635365
Mortgage Identification Number
1004252400145797149

| | | |
|---|---|---|
| Date opened Jun 2007 | Type Mortgage | Credit limit or original amount $432,000 |
| First reported Apr 2008 | Terms 30 Years | High balance Not reported |
| Date of status Mar 2010 | Monthly payment Not reported | Recent balance Not reported |

**Responsibility**
Joint with
YASHICA GIDDENS
**Status**
Transferred,closed
**Comment:**
Account transferred to another lender
This item remained unchanged from our processing of your dispute in Sep 2010.

Payment history
2010   2009   2008
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR

**WILMINGTON SAVINGS FUND SOCIETY**
500 DELAWARE AVE
WILMINGTON DE 19801
No phone number available
Partial account number
20950
Address Identification number
0559766475

| | | |
|---|---|---|
| Date opened Aug 2011 | Type Deposit | Credit limit or original amount $1,355 |
| First reported Jan 2013 | Terms 1 Months | High balance Not reported |
| Date of status Mar 2013 | Monthly payment Not reported | Recent balance $1,355 as of Jan 2014 |

**Responsibility**
Individual
**Status**
Petition for Chapter 13 Bankruptcy. $1,355 written off. $1,355 past due as of Jan 2014.
This account is scheduled to continue on record until Aug 2019.
This item remained unchanged from our processing of your dispute in Feb 2014
**Account History**
Filed Chapter 13 Bankruptcy on Mar 08, 2013

Payment History
2013
JAN
Feb

| | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 |
|---|---|---|---|---|---|---|
| | 1,355 | 1,355 | 1,355 | 1,355 | 1,355 | 1,355 |
| | ND | ND | ND | ND | ND | ND |
| | ND | ND | ND | ND | ND | ND |
| | ND | 0 | ND | ND | ND | ND |

= Account balance (s)     = Data Exempt reserved     = Scheduled payment amount (s)     = Actual amount paid (s)

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit and and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.   ND: No Data.

* The original account of this account was $1,355

0250183478

SIOUX FALLS, SD 57104
(800) 907-5521
**Address Identification Number:**
0659785476
**Status:** Petition for Chapter 13 Bankruptcy. $457 written off. $457 past due as of May 2013.

**Status Details:** This account is scheduled to continue on record until Sep 2019.
This item was updated from our processing of your dispute in Feb 2014.

| | | |
|---|---|---|
| **Date Opened:** 05/2012 | **Type:** Credit card | **Credit Limit/Original Amount:** NA |
| **Reported Since:** 04/2012 | **Terms:** NA | **High Balance:** $457 |
| **Date of Status:** 03/2013 | **Monthly Payment:** $0 | **Recent Balance:** $457 as of 05/2013 |
| **Last Reported:** 05/2013 | **Responsibility:** Individual | **Recent Payment:** $51 |

**Payment History:**

| 2013 | | | | | | 2012 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | |
| CO | CO | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | |

**Account History:**
Charge Off as of Feb 2013, Jan 2013
120 days past due as of Dec 2012
90 days past due as of Nov 2012
60 days past due as of Oct 2012
30 days past due as of Sep 2012
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2013: $457 / September 13, 2012 / no data / $51
Dec 2012: $457 / September 13, 2012 / no data / no data
Nov 2012: $443 / September 13, 2012 / $32 / no data
Oct 2012: $398 / September 13, 2012 / $30 / no data
Sep 2012: $347 / September 13, 2012 / $30 / $51
Aug 2012: $248 / July 3, 2012 / $30 / no data
Jul 2012: $188 / July 3, 2012 / $30 / $150
Jun 2012: $329 / no data / $30 / no data
May 2012: $75 / no data / $30 / no data

Between May 2012 and Jan 2013, your credit limit/high balance was $300

**HSBC BANK**
**Address:**
PO BOX 9
BUFFALO, NY 14240
(888) 385-8916
**Address Identification Number:**
0643635365
**Status:** Petition for Chapter 13 Bankruptcy.

**Status Details:**
This item was updated from our processing of your dispute in Feb 2014.

| | | |
|---|---|---|
| **Date Opened:** 05/2006 | **Type:** Credit card | **Credit Limit/Original Amount:** $300 |
| **Reported Since:** 05/2009 | **Terms:** NA | **High Balance:** $527 |
| **Date of Status:** 03/2013 | **Monthly Payment:** $0 | **Recent Balance:** $0 as of 03/2013 |
| **Last Reported:** 03/2013 | **Responsibility:** Individual | **Recent Payment:** $40 |

**Your Statement:**
ACCOUNT WAS PAID BEFORE BEING TURNED OVER TO A COLLECTION AGENCY
Completed investigation of FCRA dispute - consumer disagrees.

**Comment:** Purchased by another lender.

Experian - Printable Full Report                                          Page 13 of 47

Nov 2012: $52,657 / no data / Unknown / no data

The original amount of this account was $45,979

**FIRST PREMIER BANK**
Address:                          Account Number:
601 S MINNESOTA AVE               517760740690....
SIOUX FALLS, SD 57104
(800) 987-5521
Address Identification Number:
0659786478

Status:  Petition for Chapter 13 Bankruptcy. $548 written off.     Status Details:  This account is scheduled to continue on
record until Aug 2019.
This item was updated from our processing of your dispute in
Feb 2014.

Date Opened:          Type:                    Credit Limit/Original Amount:
09/2010               Credit card              NA
Reported Since:       Terms:                   High Balance:
04/2011               NA                       $549
Date of Status:       Monthly Payment:         Recent Balance:
03/2013               $0                       $0 as of 04/2013
Last Reported:        Responsibility:          Recent Payment:
04/2013               Individual               $44
Comment:  Account closed at credit grantor's request.

Payment History:

| 2013 |     | 2012 |     |     |     |     |     |     |     |     |     |     | 2011 |     |     |     |     |     |     |
|------|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|
| FEB  | JAN | DEC  | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN  | DEC | NOV | OCT | SEP | AUG | JUL |
| 180  | 150 | 120  | 90  | 60  | 30  | 30  | OK  | OK  | OK  | OK  | OK  | OK  | OK   | OK  | OK  | OK  | OK  | OK  | OK  |

JUN MAY APR
OK  OK  OK

Account History:
180 days past due as of Feb 2013
150 days past due as of Jan 2013
120 days past due as of Dec 2012
90 days past due as of Nov 2012
60 days past due as of Oct 2012
30 days past due as of Sep 2012, Aug 2012
Filed Chapter 13 Bankruptcy on Mar 08, 2013

Balance History - The following data will appear in the following format:
account balance / date payment received / scheduled payment amount / actual amount paid
Mar 2013: $548 / September 12, 2012 / no data / $44
Feb 2013: $522 / September 12, 2012 / $37 / no data
Jan 2013: $497 / September 12, 2012 / $35 / no data
Dec 2012: $474 / September 12, 2012 / $34 / no data
Nov 2012: $451 / September 12, 2012 / $32 / no data
Oct 2012: $380 / September 12, 2012 / $30 / $44
Sep 2012: $409 / August 27, 2012 / $30 / no data
Aug 2012: $217 / July 3, 2012 / $30 / no data
Jul 2012: $172 / July 3, 2012 / $30 / $150
Jun 2012: $270 / May 24, 2012 / $30 / $51
May 2012: $301 / April 24, 2012 / $30 / $57
Apr 2012: $307 / March 11, 2012 / $30 / $100
Mar 2012: $334 / January 11, 2012 / $30 / no data

Between Mar 2012 and Mar 2013, your credit limit/high balance
was $300

**FIRST PREMIER BANK**
Address:                          Account Number:
601 S MINNESOTA AVE               517800619912 .

Experian - Printable Full Report                                    Page 8 of 47

| Last Reported:<br>02/2013 | Responsibility:<br>Joint with YASHICA GIDDENS | Recent Payment:<br>$291 |
|---|---|---|

*Escape cont'd*

**Payment History:**

| 2013 | | | 2012 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 30 |

**Account History:**
60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Feb 2013: $25,498 / February 2, 2013 / $290 / $291
Jan 2013: $25,692 / January 30, 2013 / $290 / $291
Dec 2012: $25,771 / December 28, 2012 / $290 / $291
Nov 2012: $25,878 / November 30, 2012 / $290 / $291
Oct 2012: $25,902 / October 19, 2012 / $290 / $290
Sep 2012: $26,026 / September 24, 2012 / $290 / $290
Sep 2012: $26,114 / August 24, 2012 / $290 / $291
Jul 2012: $26,333 / July 2, 2012 / $290 / $290
Jun 2012: $26,333 / May 24, 2012 / $290 / $290

The original amount of this account was $27,256

**DEL-ONE FEDERAL CU**
Address:
270 BEISER BLVD
DOVER, DE 19904
*No phone number available*
Address Identification Number:
0843635365
Status: Transferred closed

*Duplicated Escape*

Status Details:
This item was updated from our processing of your dispute in
Mar 2014

| Date Opened:<br>11/2006 | Type:<br>Auto Loan | Credit Limit/Original Amount:<br>$27,256 |
|---|---|---|
| Reported Since:<br>11/2006 | Terms:<br>72 Months | High Balance:<br>NA |
| Date of Status:<br>06/2012 | Monthly Payment:<br>$0 | Recent Balance:<br>NA |
| Last Reported:<br>03/2013 | Responsibility:<br>Individual | Recent Payment:<br>NA |

Comment: Account closed due to transfer.

**Payment History:**

| 2013 | | | 2012 | | | | | | | | | | | | 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | ND | ND | ND | ND | ND | ND | ND | ND | ND | 30 | OK | OK | OK | OK | OK | OK | OK | OK | 30 |

| | | | | | | | 2010 | | | | | | | | | | | | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| 30 | OK | OK | OK | OK | OK | 30 | 30 | 30 | OK | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | 30 | 30 |

| | | | | | | | | 2008 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| 30 | 30 | 30 | 30 | OK | 30 | OK | OK | OK | OK | 30 | OK | OK | OK | OK | 30 | OK | 30 | 30 | 30 |

| | | 2007 | | | | | | | | | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
60 days past due as of Jun 2008
30 days past due as of Apr 2012, Aug 2011, Jul 2011, Jan 2011,
Dec 2010, May 2010 to Sep 2010, Jun 2009 to Dec 2009, Dec
2008, Aug 2008, Jan 2008 to May 2008

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 11/2006 | Auto Loan | $35,845 |
| Reported Since: | Terms: | High Balance: |
| 01/2007 | 120 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 03/2013 | $342 | $33,969 as of 02/2014 |
| Last Reported: | Responsibility: | Recent Payment: |
| 02/2014 | Individual | $401 |

**Payment History:**

| 2013 | | 2012 | | | | | | | | | | | | 2011 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | | |
| 30 | 30 | 30 | 30 | 30 | 30 | 30 | ND | 60 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | | |
| | | | | | | | 2010 | | | | | | | | | | | | 2009 | | |
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | | |
| OK | OK | OK | OK | OK | 30 | 30 | 30 | OK | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | 30 | 30 | | |
| | | | | | | | 2008 | | | | | | | | | | | | | | |
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | | |
| 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | 30 | 30 | 30 | | |
| | | 2007 | | | | | | | | | | | | | | | | | | | |
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | | | | | | | | |
| 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | |

**Account History:**

60 days past due as of Jun 2012, May 2012
30 days past due as of Aug 2012 to Feb 2013, Apr 2012, Aug
2011, Jul 2011, Jan 2011, Dec 2010, May 2010 to Sep 2010, Jun
2009 to Dec 2009, Dec 2008, Feb 2008 to May 2008
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2014: $33,969 / January 16, 2014 / $342 / $401
Oct 2013: $31,583 / October 17, 2013 / no data / $343
Aug 2013: $31,985 / August 16, 2013 / $342 / $381
Jul 2013: $32,366 / March 1, 2013 / $342 / $343
Mar 2013: $32,366 / March 1, 2013 / $342 / $343
Mar 2013: $19,025 / March 1, 2013 / no data / $343
Feb 2013: $32,345 / February 2, 2013 / $342 / $343
Jan 2013: $32,512 / January 30, 2013 / $342 / $343
Dec 2012: $32,628 / December 28, 2012 / $342 / $343
Nov 2012: $32,773 / November 30, 2012 / $342 / $343
Oct 2012: $32,838 / October 19, 2012 / $342 / $342
Sep 2012: $32,997 / September 24, 2012 / $342 / $342
Sep 2012: $33,122 / August 24, 2012 / $342 / $344
Jul 2012: $33,444 / July 2, 2012 / $342 / $342
Jun 2012: $33,524 / May 24, 2012 / $342 / $342

The original amount of this account was $35,845

**DEL-ONE FEDERAL CU**

| Address: | Account Number: |
|---|---|
| 270 BEISER BLVD | 5523400... |
| DOVER, DE 19904 | |
| *No phone number available* | |
| Address Identification Number: | |
| 0659788476 | |

*Duplicate Escape Act*

Status: Petition for Chapter 13 Bankruptcy. $1,143 past due as of Feb 2013     Status Details: This account is scheduled to continue on record until Aug 2018
This item was updated from our processing of your dispute in Feb 2014.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 11/2006 | Auto Loan | $27,255 |
| Reported Since: | Terms: | High Balance: |
| 05/2012 | 72 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 03/2013 | $0 | $25,498 as of 02/2013 |

Experian - Printable Full Report

**Account History:**
Collection as of Dec 2007 to Apr 2010

**DEL-ONE FED CRED UNION**

| | |
|---|---|
| **Address:** | **Account Number:** |
| 270 BEISER BLVD | 462662832188... |
| DOVER, DE 19904 | |
| *No phone number available* | |

**Address Identification Number:**
0659786476

**Status:** Petition for Chapter 13 Bankruptcy. $2,450 written off. $2,450 past due as of Nov 2013.

*Credit card*

**Status Details:** This account is scheduled to continue on record until Mar 2020.
This item was updated from our processing of your dispute in Feb 2014

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 11/2006 | Credit card | $3,500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 03/2007 | NA | $4,326 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 03/2013 | $0 | $2,450 as of 11/2013 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 11/2013 | Individual | $0 |

**Your Statement:**
PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE.

**Payment History:**

| 2013 | | 2012 | | | | | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | CLS | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JUN | MAY | APR | MAR | FEB | JAN | 2010 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2009 DEC | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | 180 | 150 | 120 | 180 | 150 | 120 | 90 | 80 | 30 | OK | OK | OK | 30 | 30 | 60 | 30 |

| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2008 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 30 | OK | OK |

| FEB | JAN | 2007 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
. Feb 2011, Nov 2010
. Jan 2011, Oct 2010
. Dec 2010, Sep 2010
. Feb 2013, Aug 2012, Aug 2010
. Jan 2013, Sep 2012, Jul 2010, Dec 2009
. Dec 2012, Jun 2012, May 2010, Jun 2010, Feb 2010, Jan 2010
Nov 2009, Jun 2008, May 2008
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**DEL-ONE FEDERAL CU**

| | |
|---|---|
| **Address:** | **Account Number:** |
| 270 BEISER BLVD | 5523400. |
| DOVER, DE 19904 | |
| *No phone number available* | |

**Address Identification Number:**
0659786476

**Status:** Petition for Chapter 13 Bankruptcy. $5,060 past due as of Feb 2014

**Status Details:** This account is scheduled to continue on record until Apr 2019.
This item was updated from our processing of your dispute in Feb 2014

Experian - Printable Full Report

Completed investigation of FCRA dispute - consumer disagrees:

Payment History:

| 2012 | | | | | 2011 | | | | | | | | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| CO | 90 | 60 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| SEP | AUG |
|---|---|
| ND | F |

Account History:
Charge Off as of May 2012
Foreclosure as of Aug 2010
90 days past due as of Apr 2012
60 days past due as of Mar 2012
Filed Chapter 13 Bankruptcy on Mar 08, 2013

**WILSHIRE CREDIT CORP**
**Address:**
450 AMERICAN ST # SV416
SIMI VALLEY, CA 93085
(800) 669-6607
**Address Identification Number:**
0643635365
**Mortgage Identification Number:**
100425240014579749
**Status:** Transferred closed.

**Account Number:**
496...

**Status Details:**
This item remained unchanged from our processing of your dispute in Sep 2010.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 06/2007 | Mortgage | $432,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 04/2008 | 30 Years | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 03/2010 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 03/2010 | Joint with YASHICA GIDDENS | NA |

**Comment:** Account transferred to another lender.

Payment History:

| 2010 | | | 2009 | | | | | | | | | | | | 2008 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | 120 | 120 | 90 | 60 | 30 | OK | ND | 30 | 60 | 30 | OK | 30 | OK | OK | OK | ND | ND | 180 | 180 |

| JUL | JUN | MAY | APR |
|---|---|---|---|
| 180 | ND | 120 | 60 |

Account History:
180 days past due as of Jul 2008 to Sep 2008
120 days past due as of Feb 2010, Jan 2010, May 2008
90 days past due as of Dec 2009
60 days past due as of Nov 2009, Jun 2009, Apr 2008
30 days past due as of Oct 2009, Jul 2009, May 2009, Mar 2009

**WILMINGTON SAVINGS FUND SOCIETY**
**Address:**
500 DELAWARE AVE
WILMINGTON, DE 19801
*No phone number available*
**Address Identification Number:**
0859786478
**Status:** Petition for Chapter 13 Bankruptcy $1,355 written off. $1,355 past due as of Jan 2014.

**Account Number:**
20950...

**Status Details:** This account is scheduled to continue on record until Aug 2019.



